UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

[Filed Electronically]

| | |
|---|---|
| CHRISTOPHER HOLDER, | ) |
| PLAINTIFF | ) |
| v. | ) C.A. No. 7:13-CV-038-ART-EBA |
| STACY M. SAUNDERS, | ) |
| DEFENDANT. | ) |

**PLAINTIFF'S DISCLOSURE OF EXPERTS**

Plaintiff hereby discloses the following experts in this matter in accordance with the Orders of this Court:

1. Robert Morgan, Ph.D. Dr. Morgan's report, curriculum vitae, statement of rates and testimonial history are attached hereto as Exhibits 1, 2, and 3.

2. Sanaz Attaripour, M.D. Dr. Attaripour is currently Plaintiff's treating neurologist. Dr. Attaripour is expected to testify to: (a) his personal observations, the results of his examinations, testing, and assessments of Plaintiff, and his treatment of Plaintiff; and (b) the opinions he has formed in the course and as a result of his treatment of Plaintiff, including but not limited to causation, diagnosis, and prognosis of Plaintiff's condition, and any resulting impairment or disability. Dr. Arratipour's opinions, and the facts on which those opinions are based, are limited to those set forth in Plaintiff's post-release medical records, which have previously been provided to Defendants and which are attached hereto as Exhibit 4.

In addition to the foregoing independently-retained testifying experts, Plaintiff reserves the right to elicit expert testimony, through deposition or at the time of trial, from individuals

designated, identified or retained as experts by the Defendants, or from the past or present employees of Defendants, or from the individual Defendants herein. Plaintiff further reserves the right to use at trial expert opinions and testimony, expressed live or in depositions, taken prior to trial, or contained in affidavits on file in this case, whether or not such expert is withdrawn or whether or not the party who named such expert remains a party to the case. In reserving such rights, Plaintiff does not vouch for the credentials or credibility of such individuals, but merely reserves his rights as discussed in this paragraph.

Finally, Plaintiff respectfully reserves the right to amend this designation, to supplement the reports of the experts attached hereto, and to designate additional or rebuttal experts in accordance with the Rules, the Orders of this Court, the agreements of the parties, and as required by fundamental fairness and the interests of justice.

Respectfully submitted,

/s/ *Gregory A. Belzley*
Gregory A. Belzley
BelzleyBathurst Attorneys
P.O. Box 278
Prospect, KY 40059
502/292-2452
gbelzley@aol.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August, 2015, the foregoing was delivered via CM/ECF to:

Cheryl D. Morgan
U.S. Attorney's Office
260 West Vine Street, Suite 300
Lexington, KY 40507

*Counsel for Defendants*

2

*/s/ Gregory A. Belzley*
***Counsel for Plaintiff***
