# ROBERT D. MORGAN
August 17, 2015

John G. Skelton, Jr. Regents Endowed Professor in Psychology
Department of Psychology
Box 42051
Texas Tech University
Lubbock, TX 79409-2051
806-834-7117 (office) or 806-535-4861 (cell)
FAX: 806-742-0818
E-Mail: robert.morgan@ttu.edu

## EDUCATION

1999-2000     Postdoctoral Fellowship in Forensic Psychology, Department of Psychiatry, University of Missouri-Kansas City School of Medicine and Missouri Department of Mental Health

1998-1999     Predoctoral Internship, Federal Correctional Institution-Petersburg, VA (APA-Accredited)

Ph.D.   1999     Counseling Psychology, Oklahoma State University (APA-Accredited). Dissertation: The efficacy of an interpersonal/cognitive-behavioral group psychotherapy program with male inmates

M.S.    1993     Clinical Psychology, Fort Hays State University. Thesis: The utility of DSM-III-R decision trees in relation to diagnostic speed and accuracy

B.S.    1991     Psychology, University of Nebraska at Kearney

## ACADEMIC POSITIONS/APPOINTMENTS

2015 – present          Chair, Department of Psychological Sciences, Texas Tech University

2014 – present          Director, Institute of Forensic Science, Texas Tech University

2011 – present          John G. Skelton, Jr. Regents Endowed Professor in Psychology, Texas Tech University

2011 – present          Professor, Department of Psychology, Texas Tech University

| | |
|---|---|
| 2005 – 2011 | Associate Professor, Department of Psychology, Texas Tech University |
| May, 2005 – August, 2007 | Director of Training, Counseling Psychology Doctoral Program (APA-Accredited), Department of Psychology, Texas Tech University |
| August, 2004 – May, 2005 | Co-Director of Training, Counseling Psychology Doctoral Program (APA-Accredited), Department of Psychology, Texas Tech University |
| May, 2003 – August, 2004 | Associate Chair of Psychology, Texas Tech University |
| 2000 – 2005 | Assistant Professor, Department of Psychology, Texas Tech University |
| 1994 | Adjunct Instructor, Butler County Community College, Kansas |

## PUBLICATIONS AND PRESENTATIONS

### Refereed Journals

Batastini, A. B., King, C. M., Morgan, R. D. & McDaniel, B. (in press). Telepsychological services with criminal justice and substance abuse clients: A systematic review and meta-analysis. *Psychological Services*.

Bartholomew, N. R. & Morgan, R. D. (in press). Co-morbid mental illness and criminalness: Implications for housing and treatment. *CNS Spectrums*.

Morgan, R. D., Batastini, A. B., Murray, D. D., Serna, C., & Porras, C. (in press). Criminal thinking: A fixed or fluid process? *Criminal Justice and Behavior.*

Whited, W. H., Wagar, L. B., Mandracchia, J. T., & Morgan, R. D. (in press).  Partners    or partners in crime? The relationship between criminal associates and criminogenic thinking.  *The International Journal of Offender Therapy and Comparative Criminology.*

Batastini, A. B., Bolanos, A. D., & Morgan, R. D (2014). Attitudes toward hiring applicants with mental illness and criminal justice involvement: The impact of education and experience. *International Journal of Law and Psychiatry 37,* 524-533.

Morgan, R. D., Kroner, D. G., Mills, J. F., Bauer, R., & Serna, C. (2014). Treating justice involved persons with mental illness: Preliminary evaluation of a comprehensive treatment program. *Criminal Justice and Behavior, 41,* 902-916.

Wilson, A. B., Farkas, K., Ishler, K., Gearhart, M. Morgan, R. D., & Ashe, M. (2014). Criminal

thinking styles among people with serious mental illness in jail. *Law and Human Behavior*, 38, 592-601.

Gaines, M. V., Giles, C. L., & Morgan, R. D. (2013). The detection of feigning using multiple PAI scale elevations: A new index. *Assessment, 20,* 437-447. doi: 10.1177/1073191112458146

Gross, N. G., & Morgan, R. D. (2013). Understanding persons with mental illness who are and are not criminal justice involved: A comparison of criminal thinking and psychiatric symptoms. *Law & Human Behavior*, 37, 175-186. doi: 10.1037/lhb0000013

Magaletta, P. R., Patry, M. W., Patterson, K. L., Gross, N. R., Morgan, R. D., & Norcross, J. C. (2013). Training Opportunities for Corrections Practice: A National Survey of Doctoral Psychology Programs. *Training and Education in Professional Psychology*. Advance online publication. doi: 10.1037/a0033218

Mandracchia, J. T., Shaw, L. B., & Morgan, R. D. (2013).  What's with the attitude?  Changing attitudes about criminal justice issues.  *Criminal Justice & Behavior, 40,* 95-119. doi: 10.1177/0093854812459474

McDonald, B. R., & Morgan, R. D. (2013). Enhancing homework compliance in correctional psychotherapy. *Criminal justice and behavior*, 7, 814-828. Doi:0093854813480781.

Morgan, R. D. (2013). Vocational psychology in corrections: It is about time. *The Counseling Psychologist, 41*, 1062-1072. doi: 10.1177/0011000013482381

Morgan, R. D., Kroner, D. G., Mills, J. F., Serna, C., & McDonald, B. R. (2013). Dynamic risk assessment: A validation study. *Journal of Criminal Justice*, 31, 115-124.

Wolff, N., Frueh, B. C., Huening, J., Shi, J., Epperson, M. W., Morgan, R. D., Fisher, W. (2013). Looking to practice to inform the next generation of behavioral health and criminal justice interventions.  *International Journal of Law & Psychiatry, 36,* 1-10. doi: 10.1016/j.ijlp.2012.11.001

Wolff, N., Morgan, R. D., & Shi, J. (2013). Comparative analysis of attitudes and emotions among inmates: Does mental illness matter? *Criminal Justice and Behavior, 40,* 1092-1108.

Mandracchia, J. T., & Morgan, R. D. (2012).  Predicting offenders' criminogenic cognitions with status variables.  *Criminal Justice & Behavior, 39,* 5-25.  doi: 10.1177/0093854811425453

Morgan, R. D., Flora, D. B., Kroner, D. G., Mills, J. F., Varghese, F., & Steffan, J. S. (2012). Treating offenders with mental illness: A research synthesis. *Law and Human Behavior, 36,* 37-50.  doi:10.1007/s10979-011-9271-7

Romani, C. J., Morgan, R. D., Gross, N. R., & McDonald, B. R. (2012). Treating criminal behavior: Is the bang worth the buck? *Psychology, Public Policy and Law, 18,* 144-165. doi: 10.1037/a0024714

Bewley, M. T., & Morgan, R. D. (2011). A national survey of mental health services available to offenders with mental illness: Who is doing what? *Law & Human Behavior*, *35*, 351-363. doi:10.1007/s10979-010-9242-4

Mandracchia, J. T., & Morgan, R. D. (2011). Understanding criminals' thinking: Further examination of the Measure of Offender Thinking Styles – Revised. *Assessment, 18,* 442-452.

Morgan, R. D. (2011). If Not Us, Then Who? Presidential Address. *Psychological Services, 8,* 140-150. doi:10.1037/a0023727

Rozycki-Lozano, A. T., Morgan, R. D., Murray, D. D., & Varghese, F. (2011). Prison tattoos as a reflection of the criminal lifestyle. *International Journal of Offender Therapy and Comparative Criminology, 55,* 509-529. doi:10.1177/0306624X10370829

Shaw, L. B., & Morgan, R. D. (2011). Inmate attitudes toward treatment: Mental health service utilization and treatment effects. *Law and Human Behavior, 35*, 249-261. doi:10.1007/s10979-010-9233-5

Wolff, N., Morgan, R. D., Shi, J., Fisher, W., & Huening, J. (2011). Comparative analysis of thinking styles and emotional states of male and female inmates with and without mental disorders. *Psychiatric Services, 62,* 1485-1493.

Mandracchia, J. T., & Morgan, R. D. (2010). The relationship between status variables and criminal thinking in offenders. *Psychological Services, 7,* 27-33. doi:10.1037/a0016194

Morgan, R. D., Fisher, W. H., Duan, N., Mandracchia, J. T., & Murray, D. (2010). Prevalence of criminal thinking among state prison inmates with serious mental illness. *Law & Human Behavior, 34,* 324-336. doi:10.1007/s10979-009-9182-z

Senter, A. W., Morgan, R. D., Serna-McDonald, C., & Bewley, M. (2010). Correctional psychologist burnout, job satisfaction and life satisfaction. *Psychological Services, 7,* 190-201. doi:10.1037/a0020433

Steffan, J. S., Morgan, R. D., Lee, J., & Sellbom, M. (2010). A comparative analysis of MMPI-2 malingering detection models among inmates. *Assessment, 17,* 185-196. doi:10.1177/1073191109359382

Varghese, F. P. Hardin, E. E., Bauer, R., & Morgan, R. D. (2010). Attitudes toward hiring offenders: The roles of criminal history, job qualifications, and race. *International Journal of Offender Therapy and Comparative Criminology*, *54*, 769-782. doi:10.1177/0306624X09344960

Miller, T. W., Morgan, R. D., & Wood, J. A. (2009). Tele-practice technology: A model for healthcare delivery to underserved populations. *International Journal of Healthcare Delivery Reform Initiatives, 1,* 55-69. doi:10.4018/jhdri.2009070104

Morgan, R. D. & Cohen, L. M. (2008). Clinical and counseling psychology: Can differences be gleaned from printed recruiting materials? *Training and Education in Professional Psychology, 2,* 156-164. doi:10.1037/1931-3918.2.3.156

Morgan, R. D., Patrick, A. R., & Magaletta, P. R. (2008). Does the use of telemental health alter the treatment experience?: Inmates' perceptions of telemental health vs. face-to-face treatment modalities. *Journal of Consulting and Clinical Psychology, 76,* 158-162. doi:10.1037/0022-006X.76.1.158

Steffan, J. S., & Morgan, R. D. (2008). Diagnostic accuracy of the MMPI-2 Malingering Discriminant Function Index in the detection of malingering among inmates. *Journal of Personality Assessment, 90,* 392-398. doi:10.1080/00223890802108204

Ax, R. K., Fagan, T. J., Magaletta, P. R., Morgan, R. D., Nussbaum, D., & White, T. W. (2007). Innovations in correctional assessment and treatment [Special issue]. *Criminal Justice and Behavior, 34,* 893-905. doi:10.1177/0093854807301555

Beer, A. M., Morgan, R. D., Garland, J. T., & Spanierman, L. B. (2007). The role of romantic/intimate relationships in the well-being of incarcerated females. *Psychological Services, 4,* 250-261. doi:10.1037/1541-1559.4.4.250

Kroner, D. G., Mills, J. F., & Morgan, R. D. (2007). Underreporting of Crime-Related Content and the prediction of criminal recidivism among violent offenders. *Psychological Services, 4,* 85-95. doi:10.1037/1541-1559.4.2.85

Magaletta, P. R., Morgan, R. D., Reitzel, L. R., & Innes, C. A. (2007). Toward the one: Strengthening behavioral sciences research in corrections [Special issue]. *Criminal Justice and Behavior, 34,* 933-944. doi:10.1177/0093854807301562

Mandracchia, J. T., Morgan, R. D., Garos, S., & Garland, J. T. (2007). Inmate thinking patterns: An empirical investigation. *Criminal Justice & Behavior, 34,* 1029-1043. doi:10.1177/0093854807301788

Morgan, R. D., Beer, A. M., Fitzgerald, K. L., & Mandracchia, J. T. (2007). Graduate students' experiences, interests, and attitudes towards correctional/forensic psychology. *Criminal Justice and Behavior, 34*, 96-107. doi:10.1177/0093854806289831

Morgan, R. D., Steffan, J. S., Shaw, L., & Wilson, S. (2007). Needs for and barriers to correctional mental health services: Inmate perceptions. *Psychiatric Services, 58,* 1181-1186. doi:10.1176/appi.ps.58.9.1181

Steffan, J. S., Kroner, D. G, & Morgan, R. D. (2007). Effect of symptom information and intelligence in dissimulation: An examination of faking response styles by inmates on the Basic Personality Inventory. *Assessment*, *14*, 1-13. doi:10.1177/1073191106295404

Wormith, J. S., Althouse, R., Reitzel, L. R., Simpson, M., Fagan, T. J., & Morgan, R. D. (2007). The rehabilitation and reintegration of offenders: The current landscape and some future directions for correctional psychology [Special issue]. *Criminal Justice and Behavior, 34*, 879-892. doi:10.1177/0093854807301552

DiLillo, D., DeGue, S., Cohen, L. M., & Morgan, R. D. (2006). The Path to Licensure for Academic Psychologists: How Tough is the Road? *Professional Psychology: Research and Practice, 37,* 567-586. doi:10.1037/0735-7028.37.5.567

Kroner, D. G., Mills, J. F., & Morgan, R. D. (2006). Socially desirable responding and the measurement of violent and criminal risk: Self-report validity. *Journal of Forensic Psychology Practice, 6,* 27-42. doi:10.1300/J158v06n04_02

Miller, T. W., DeLeon, P. H., Morgan, R. D., Penk, W. E., & Magaletta, P. R. (2006). The public sector psychologist with 2020 Vision. *Professional Psychology: Research and Practice, 37,* 531-538. doi:10.1037/0735-7028.37.5.531

Morgan, R. D., Kroner, D. G., & Mills, J. F (2006). Group Psychotherapy in Prison: Facilitating Change Inside the Walls. *Journal of Contemporary Psychotherapy, 36,* 137-144. doi:10.1007/BF02729057

Garland, J. T., Morgan, R. D., & Beer, A. M. (2005). Impact of time in prison and security level on inmates' sexual attitude, behaivor, and identity. *Psychological Services, 2,* 151-162. doi:10.1037/1541-1559.2.2.151

Steffan, J. S., Morgan, R. D., Cicerello, A. & Birmingham, D. (2005). Utility of the MCMI-3 to detect response bias among forensic patients. *Journal of Forensic Psychology, 23*, 43-58.

Morgan, R. D., Garland, J. T., Rozycki, A. T., Reich, D. A., & Wilson, S (2005). Group Therapy Goals: A Comparison of Group Therapy Providers and Male Inmates. *The Journal for Specialists in Group Work, 30,* 159-172. doi:10.1080/01933920590926011

Morgan, R. D., Rozycki, A. T., & Wilson, S. (2004). Inmate perceptions of mental health services. *Professional Psychology: Research and Practice, 35,* 389-396. doi:10.1037/0735-7028.35.4.389

Steffan, J. S., Clopton, J. R., & Morgan, R. D. (2003). An MMPI-2 scale to detect malingered depression (Md Scale). *Assessment*, *10*, 382-392. doi:10.1177/1073191103259548

Cohen, L. M., Morgan, R. D., DiLillo, D., & Flores, L. Y. (2003). Why was my major professor so busy? Establishing an academic career while pursuing applied work. *Professional Psychology: Research and Practice, 34,* 88-94. doi:10.1037//0735-7028.34.1.88

Morgan, R. D., & Flora, D. B. (2002). Group psychotherapy with incarcerated offenders: A research synthesis. *Group Dynamics: Theory, Research, and Practice, 6,* 203-218. doi:10.1037//1089-2699.6.3.203

Morgan, R. D., & Winterowd, C. L. (2002). Interpersonal process-oriented group psychotherapy with offender populations. *International Journal of Offender Therapy and Comparative Criminology, 46,* 466-482. doi:10.1177/0306624X02464008

Ax, R. K., & Morgan, R. D. (2002). Internship training opportunities in correctional psychology: A comparison of settings. *Criminal Justice and Behavior, 29,* 332-347. doi:10.1177/0093854802029003005

Morgan, R. D., Van Haveren, R. A., & Pearson, C. A. (2002). Correctional officer burnout: Further analyses. *Criminal Justice and Behavior, 29,* 144-160. doi:10.1177/0093854802029002002

Winterowd, C. L., Morgan, R. D., & Ferrell, S. W. (2001). Principal component analysis of important goals for group counseling and psychotherapy with male inmates. *Journal for Specialists in Group Work, 26,* 406-417. doi:10.1080/01933920108413788

Ferrell, S. W., Morgan, R. D., & Winterowd, C. L. (2000). Job satisfaction of mental health professionals providing group psychotherapy in state correctional facilities. *International Journal of Offender Therapy and Comparative Criminology, 44,* 232-241. doi:10.1177/0306624X00442008

Morgan, R. D., Olson, K., Krueger, M. R., Schellenberg, R. P., & Jackson, T. J. (2000). Do the DSM decision trees improve diagnostic ability? *Journal of Clinical Psychology, 56,* 73-88. doi:10.1002/(SICI)1097-4679(200001)56:1<73::AID-JCLP7>3.0.CO;2-I

Morgan, R. D., Ferrell, S. W., & Winterowd, C. L. (1999). Therapists' perceptions of important therapeutic factors in psychotherapy groups for male inmates in state correctional facilities. *Small Group Research, 30,* 712-729. doi:10.1177/104649649903000603

Morgan, R. D., Winterowd, C. L., & Ferrell, S. W. (1999). A national survey of group psychotherapy services in correctional facilities. *Professional Psychology: Research and Practice, 30,* 600-606. doi:10.1037//0735-7028.30.6.600

Morgan, R. D., Winterowd, C. L., & Fuqua, D. R. (1999). The efficacy of an integrated theoretical approach to group psychotherapy for male inmates. *Journal of Contemporary Psychotherapy, 29,* 203-222. doi: 10.1023/A:1021969118113

**Books**

Kuther, T. L., & Morgan, R. D. (2012). *Careers in Psychology: Opportunities in a Changing World* (4th ed.). Pacific Grove, CA: Wadsworth/Thomas Learning.

Mills, J. F., Kroner, D. G., & Morgan, R. D. (2011). *The clinician's guide to violence risk assessment*. New York: Guilford Publications.

Kuther, T. L., & Morgan, R. D. (2010). *Careers in Psychology: Opportunities in a Changing World* (3rd ed.). Pacific Grove, CA: Wadsworth/Thomas Learning.

Kuther, T. L., & Morgan, R. D. (2007). *Careers in Psychology: Opportunities in a Changing World* (2nd ed.). Pacific Grove, CA: Wadsworth/Thomas Learning.

Morgan, R. D., Kuther, T. L., & Habben, C. (Eds.). (2005). *Life After Graduate School in Psychology: Insider's Advice from New Psychologists.* New York: Psychology Press.

Kuther, T. L., & Morgan, R. D. (2004). *Careers in Psychology: Opportunities in a Changing World*. Pacific Grove, CA: Wadsworth/Thomas Learning.

## Books in Progress

Morgan, R. D., Kroner, D. G., & Mills, J. F. (invited book under contract). *Treating the Mentally Disordered Offender: A Model and Guide for Empirically Supported Practice*. New York: Oxford University Press.

## Chapters in Books

Kroner, D. G., & Morgan, R. D. (2014). An overview of strategies for the assessment and treatment of criminal thinking. In R. C. Tafrate & D. Mitchell (Eds.), *Forensic CBT: A Handbook for Clinical Practice*. Hoboken, NJ: Wiley-Blackwell.

Morgan, R. D., Kroner, D. G., Mills, J. F., & Batastini, A. B. (2014). Treating criminal offenders. In I. B.Weiner & R. K. Otto (Eds.) *Handbook of Forensic Psychology* (pp. 795-837). Hoboken, NJ: John Wiley & Sons.

Morgan, R. D., Romani, C. J., & Gross, N. G. (2014). Group work with offenders and mandated clients. In J. L. DeLucia-Waack, C. Kalodner, & M. Riva (Eds.), *The Handbook of Group Counseling and Psychotherapy* (pp. 441-449). Thousand Oaks, CA: Sage Publications.

Batastini, A. B., McDonald, B., & Morgan, R. D. (2013). Videoteleconferencing in forensic and correctional practice. In K. Myers & C. Turvey (Eds.) *Telemental Health: Clinical, Technical and Administrative Foundations for Evidence-Based Practice* (pp, 251-271). Kidlington, United Kingdom: Elsevier.

Bauer, R. L., Morgan, R. D., & Mandracchia, J. T., (2010). Offenders with severe and persistent mental illness. In T. J. Fagan & R. K. Ax (Eds.), *Correctional Mental Health* (pp. 189-212). Thousand Oaks, CA: Sage Publications.

Miller, T. W., Morgan, R. D., & Wood, J. A. (2009). A telehealth technology model for information science in rural settings. In A. Dwivedi (Ed.), Handbook of Research on IT Management and Clinical Data Administration in Healthcare. Hershey, PA: IGI Global.

Senter, A., Morgan, R. D., & Mandracchia, J. T. (2007). Differing perspectives: Correctional systems in non-western countries. In R. K. Ax and J. T. Fagan (Eds.). *Corrections, Mental Health, and Social Policy: International Perspectives* (pp. 320-334). Springfield, IL: Charles C. Thomas.

Flores, L. Y., & Morgan, R. D. (2005). Doctoral institutions: On the other side of the fence. In R. D. Morgan, T. L. Kuther, & C. Habben (Eds.), *Life After Graduate School in Psychology: Insider's Advice from New Psychologists* (pp. 29-44)**.** New York: Psychology Press.

Kuther, T. L., Habben, C. J., & Morgan, R. D. (2005). Today's new psychologist: Traditional and emerging career paths. In R. D. Morgan, T. L. Kuther, & C. Habben (Eds.), *Life After Graduate School in Psychology: Insider's Advice from New Psychologists* (pp. 1-11)**.** New York: Psychology Press.

Morgan, R. D., Habben, C. J., & Kuther, T. L. (2005). Our future is up to us: The new psychologist's role in shaping the profession. In R. D. Morgan, T. L. Kuther, & C. Habben (Eds.), *Life After Graduate School in Psychology: Insider's Advice from New Psychologists* (pp. 329-332)**.** New York: Psychology Press.

Morgan, R. D. (2004). Groups with offenders and mandated clients. In J. L. DeLucia-Waack, D. Gerrity, C. Kalodner, & M. Riva (Eds.), *Handbook of Group Counseling and Psychotherapy* (pp. 388-400). Thousand Oaks, CA: Sage Publications.

Morgan, R. D. (2003). Basic mental health services: Services and issues. In T. Fagan & R. K. Ax (Eds.), *Correctional mental health handbook* (pp. 59-71). Thousand Oaks, CA: Sage Publications.

## Non-Refereed Publications

Van Horn, S. A. & Morgan, R. D. (in press). Mental health care in the justice system. In A. Wenzel (Ed.), Encyclopedia of Abnormal and Clinical Psychology. Thousand Oaks: Sage.

Morgan, R. D., Kroner, D. G., & Mills, J. F. (2012). *Re-entry: Dynamic risk assessment* (Report No. 238075). Washington, DC: National Institute of Justice.

Epperson, M., Wolff, N., Morgan, R., Fisher, W., Frueh, B. C., & Huening, J. (2011). *The next generation of behavioral health and criminal justice interventions: Improving outcomes by improving interventions*. Center for Behavioral Health Services & Criminal Justice Research.

Dvoskin, J. A., & Morgan, R. D. (2010). Correctional psychology. In I. Weiner, & W. E. Craighead (Eds.), *Corsini Encyclopedia of Psychology* (Vol. 1, pp. 417-420). New York: Wiley.

Community Corrections Research Guide Advisory Group (2009). *Improving outcomes for people with mental illness under community supervision*. New York: Council of State Governments Justice Center.

Magaletta, P. R., McLearen, A. M., & Morgan, R. D. (2007). Framing evidence for mental health services research in corrections. *Corrections Today, 69,* 38-40.

Morgan, R. D. (2007). Foreword [Special issue]. *Criminal Justice and Behavior, 34,* 877-878.

Steffan, J. S., & Morgan, R. D. (2005). Meeting the needs of mentally ill offenders: Inmate service utilization. *Corrections Today, 67,* 38 - 41, 53.

**Conference Presentations**

Morgan, R. D., MacLean, N., Van Horn, S. A., Bolanos, A., & Batastini, A. B. (2015, August). Administrative segregation: Is it really as harmful as some predict? Poster presented at the 2015 meeting of the American Psychological Association, Toronto, Canada.

Bolanos, A. D., Morgan, R. D., Mitchell, S. M., & Grabowski, K. E., (2015, June). Shared risk factors among persons with metnal illness who are and are not criminal justice involved. In D. Kroner (Chair), *Treating offenders with mental illness: Current research perspectives*. Symposium presented at the 2015 meeting of the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Grabowski, K. E., Mitchell, S. M., Bolanos, A. D., Morgan, R. D., & Hunter, J., (2015, June). *The relation between perceived burdensomeness and suicidal ideation: A comparison of persons with mental illness who are and are not criminal justice involved*. Poster presented at the 2015 meeting of the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

MacLean N. & Morgan, R. D. (2015, June). *Bias in forensic risk assessments*. Poster presented at the 2015 meeting of the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Morgan, R. D., Gray, A. L., MacLean, N., Van Horn, S. A., Bolanos, A. D., Batastini, A. B., & Mills, J. F. (2015, June). Administrative segregation: Is it really as harmful as some proclaim? In S. Wormith (Chair), *The effects of prison life and solitary confinement*. Symposium presented at the 2015 meeting of the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Morgan, R. D., Mitchell, S., Thoen, M., Sustaita, M., Bolanos, A. D., & Campion, K. (2015, June). *Specialty courts: Who's in and are they working*? Paper presented at the 2015 meeting of the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Nunez, M., Mitchell, S. M., Van Horn, S. A., Bolanos, A. D., & Morgan, R. D. (2015, June). *The relation between hopelessness and mental health recovery attitudes in individuals with and without criminal justice involvement*. Poster presented at the 2015 meeting of the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Van Horn, S. A. & Morgan, R. D. (June, 2015). What works in Changing Lives and Changing Outcomes: A new intervention for justice involved persons with mental illness. In D. Kroner (Chair), *Treating offenders with mental illness: Current research perspectives*. Symposium presented at the 2015 meeting of the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Batastini, A. B., Morgan, R. D., & McDaniel, B. (2015, March), *Comparing Group Psychotherapy via Telehealth and In-Person Service Modalities for Inmates in Long-Term Segregation.* Poster presented at the annual meeting of the American Psychology-Law Society, San Diego, California.

Morgan, R. D., Mitchell, S., Thoen, M., Sustaita, M., Bolanos, A., & Campion, K. (2015, March). Specialty courts: Who's in and are they working? In R. D. Morgan (Chair), *Working to improve correctional practice: Assessing risk, community intervention, and understanding desistance.* Symposium presented at the 2015 American Psychology and Law Society Convention, San Diego, CA.

Batastini, A. B., Bolanos, A., & Morgan, R. D. (2014, August). *Employer Attitudes toward Hiring Applicants with Mental Illness and Criminal Justice Involvement: A Follow-Up Study.* Poster presented at the annual meeting of the American Psychological Association Convention, Washington, D.C.

McDonald, B. R., Morgan, R. D., Campion, K., & Bolanos, A. (August 2014). *The Attorney-Client Working Relationship: Videoconferencing versus In-Person Modalities*. Poster presented at the annual convention of the American Psychological Association, Washington, D.C.

White, K. B. & Morgan, R. D.  (2014, August).  *Trauma, Criminal Risk, and Treatment Outcomes in a Correctional Sample.*  Poster session presented at the annual convention of the American Psychological Association, Washington, DC.

Batastini, A. B**.**, King, C. M., McDaniel, B., MacLean, N., Van Horn, S., & Morgan, R. D. (2014, March). *Effectiveness of Telepsychology in Correctional and Forensic Practice: A Research Synthesis and Meta-Analysis.* Paper presented at the annual meeting of the American Psychology-Law Society, New Orleans, Louisiana.

Morgan, R. D., Van Horn, S. A., MacLean, N., Bolanos, A., Batastini, A. B., Gray, A., & Mills, J. F. (2014, March). *Administrative Segregation: Is It a Harmful Correctional Practice?* Poster presented at the annual meeting of the American Psychology-Law Society, New Orleans, Louisiana.

White, K. B. & Morgan, R. D.  (2014, March).  *Readiness for Change, Personal Growth Initiative,*

*and Criminal Risk in a Correctional Sample.* Poster presented at the annual meeting of the American Psychology-Law Society, New Orleans, Louisiana.

Morgan, R. D., & Kroner, D. G., (2013, October). *An evidenced-based approach for Treating inmates with mental illness.* Paper presented at the annual meeting of the National Commission on Correctional Health Care, Nashville, TN.

Morgan, R. D., Kroner, D. G., & Mills, J. F. (2013, July). *An evidenced-based approach for Treatment of inmates with mental illness.* Paper presented at the annual meeting of the National Commission on Correctional Mental Health Care, Las Vegas, NV.

Gross, N. R., Morgan, R. D., & Piper, M. A. (2013). *Variables predictive of criminal justice involvement in community mental health consumers.* Poster presented at the 2013 American Psychological Association Convention, Honolulu, HI.

Batastini, A. B., Morgan, R. D., Mills, J. F., Kroner, D. G., & Moor, K. (2013, March). *Changing Problematic Associates: A Preliminary Evaluation of a Treatment Program for Offenders with Mental Illness.* Poster session presented at the annual American Psychology-Law Society Conference, Portland, Oregon.

Gross, N. R., & Morgan, R. D. (2013). Criminal thinking in a community mental health sample: Effects on treatment engagement, psychiatric recovery, and criminality. In R. D. Morgan (Chair), *Mental illness in criminal justice settings: Identifying needs and custodial concerns.* Symposium presented at the 2013 American Psychology and Law Society Convention, Portland, OR.

Batastini, A. B., Bolanos, A., Dean, T., Moor, K., Bewley, M., & Morgan, R. D. (2012, August). *Employer Bias in Hiring Mentally Ill and Criminal Justice-Involved Applicants: The Impact of Education and Experience.* Poster session presented at the annual American Psychological Association Convention, Orlando, Florida.

Gross, N. R., Morgan, R. D., & Mitchell, S. M. (2012, August). *An Exploratory Analysis of the Relationship of Criminal Thinking and Psychiatric Symptomology with the Number of Lifetime Psychiatric Hospitalizations.* Poster presented at the Annual Convention of the American Psychological Association, Orlando, FL.

Gross N. R., Mitchell, S. M., Gutierrez, M. N., & Morgan, R. D. (2011, August). *Criminal thinking and psychiatric presentation: A comparison of offenders with mental illness and psychiatric patients.* Poster presented at the annual convention of the American Psychological Association, Washington DC.

Mandracchia, J. T., Gonzalez, R., & Morgan, R. D. (August, 2011). *Predicting offenders' criminogenic cognitions with status variables.* Poster presented at the annual convention of the American Psychological Association, Washington DC.

McDonald, B., & Morgan, R. D. (August 2011). *Enhancing homework compliance in correctional psychotherapy: An empirical investigation.* Poster presented at the annual convention of the American Psychological Association, Washington, D.C.

Mitchell, S.M., Romani, C.J., Morgan, R.D. (2011, August). *Criminal thinking: a link between self-injurious behavior and mood disorders in offenders with mental illness*. Poster presented at the annual convention of the American Psychological Association, Washington, D.C.

Morgan, R.D. (2011, August). Discussant. In R. D. Morgan (Chair), *Offender treatment programs: Past, present and future directions*. Symposium conducted at the annual convention of the American Psychological Association, Washington DC.

Romani, C. J., Mandraccia, J., T., & Morgan, R. D. (2011, August). *Does psychiatric diagnosis help us understand criminal thinking in offenders with severe mental illness: An exploratory cluster analysis*. Poster presented at the annual convention of the American Psychological Association, Washington D.C.

Romani, C. J., Morgan, R. D., Gross, N.R., & McDonald B, R. (2011, August). The not-so-hidden value of appropriate treatments: What the literature hasn't told you about R-N-R. In R. D. Morgan (Chair) *Offender treatment programs: Past, present, and future directions*. Symposium conducted at the annual convention of the American Psychological Association, Washington, D.C.

Serna, C., Bolanos, A., Murray, D., Porras, C., Rodriguez, A., & Morgan, R. D. (August 2011). *Criminal thinking: A state or trait process.* Poster presented at the annual convention of the American Psychological Association, Washington D.C.

Morgan, R. D (June, 2011). Dynamic risk assessment: An overview. In D. G. Kroner (Chair), *Dynamic risk assessment: Examination of a 6-wave study with outcome data.* Symposium conducted at the Second North American Correctional and Criminal Justice Psychology Conference, Toronto, Canada.

Morgan, R. D., Kroner, D. G., Mills, J. F., & Bauer, R. (June, 2011). Changing lives and changing outcomes: A treatment outcome study for offenders with mental illness. In S. M. Manchak (Chair), *Moving beyond "What works?" to "How?" and "For whom?": A closer look at interventions for offenders with mental illness.* Symposium conducted at the Second North American Correctional and Criminal Justice Psychology Conference, Toronto, Canada.

Romani, C. J., Morgan, R. D., Gross, N.R., & McDonald, B, R. (2011, June). The not-so-hidden value of appropriate treatments: What the literature hasn't told you about R-N-R. In J. A. Dvoskin (Chair) *Offender treatment programs: Past, present, and future directions*. Symposium conducted at the North American Correctional and Criminal Justice Psychology Conference, Toronto, ON.

Morgan, R. D., Fisher, W., & Wolff, N. (March, 2011). Offenders with mental illness: Are they mad, bad or both? In V.A. Hiday (Chair), *Reducing recidivism among mentally ill offenders.* Symposium conducted at the annual meeting of the American Psychology-Law Society, Miami, Florida.

Bewley, M. T., Steffan J. S., Morgan, R. D., Sellbom, M., & Jane, A. (August 2010). *Detecting the sophistication among depressed malingerers using the Md Scale.* Poster presented at the annual convention of the American Psychological Association, San Diego, California.

Day, L. E., Mitchell, S. M., Davenport, K. L., Serna-McDonald, C. C., & Morgan, R. D. (August 2010). *Offenders' with mental illness refusal of mental health treatment.* Poster presented at the annual convention of the American Psychological Association, San Diego, California.

Gross, N. R., Mills, J. F., Kroner, D. G., Steffan, J. S., Rodriguez, A., & Morgan, R. D. (August 2010). *Depression, problem solving, and hopelessness: A model for suicide.* Poster presented at the annual convention of the American Psychological Association, San Diego, California.

Mandracchia, J. T., Shaw, L. B., To, Y. M., & Morgan, R. D. (August 2010). *Attitudes toward criminal justice issues by race, gender, and education.* Poster presented at the annual convention of the American Psychological Association, San Diego, California.

McDonald, B. R., Mills, J. F., Morgan, R. D., Kroner, D. G., Steffan, J. S., & Bewley, M. T. (August 2010). *Coping with negative affect: Are coping strategies specific to emotion?* Poster presented at the annual convention of the American Psychological Association, San Diego, California.

Romani, C. J., Morgan, R. D., Gutierrez, M. N., Gross, N. R., & McDonald, B. R. (August 2010). *Does treatment provide a financial incentive to correctional institutions?* Poster presented at the annual convention of the American Psychological Association, San Diego, California.

Serna-McDonald, C. C. & Morgan, R. D. (August 2010). *Effectiveness of treatment for offenders with mental illness.* Poster presented at the annual convention of the American Psychological Association, San Diego, California.

Kroner, D. G., Morgan, R. D., Mills, J. F., Serna, C., Bewley, M. T. (March 2010). *Dynamic risk Assessment: Can we get there?* Paper presented at the annual convention of the American Psychology-Law Society, Vancouver, Canada.

Morgan, R. D., Kroner, D. G., Mills, J. F., Bauer, R. L., & Serna, C. (March 2010). *Changing Lives and Changing Outcomes*: An examination of treatment fidelity and effectiveness. Paper presented at the annual convention of the American Psychology-Law Society, Vancouver, Canada.

Morgan, R. D., Kroner, D. G., Mills, J. F., Serna, C., & Bewley, M. T. (August 2009). Can We Use Dynamic Risk to Predict Future Criminal Behavior? In Garcia, M. (Moderator). *Answering*

*Questions about Prisoner Reentry.* Workshop presented at the annual convention of the American Probation and Parole Association, Anaheim, CA.

Bewley, M. T, Nillson, K., Ezell, J., Day, L., Morgan, R. (August 2009). *National Survey of the Description of Services Provided to Mentally Ill Offenders in Prison.* Poster presented at the annual convention of the American Psychological Association, Toronto, Canada.

Morgan, R. D. (August 2009). Discussant. In Varghese, F.P. & Medlock, E. (Co-Chairs). *Post-release offender employment: Barriers, interventions, and implications for social justice.* Symposium presented at the annual convention of the American Psychological Association, Toronto, Canada.

Morgan, R. D., Duan, N., Fisher, W., Romani, C., Mandracchia, J., Murray, D. (August 2009) *Criminal Thinking of Offenders with Mental Illness.* Poster presented at the annual convention of the American Psychological Association, Toronto, Canada.

Morgan, R. D., Kroner, D. G., Mills, J. F., Bauer, R., & Serna, C. (August 2009). *Dynamic Risk Assessment in Criminal Justice: Can We Get There?* Poster presented at the annual convention of the American Psychological Association, Toronto, Canada.

Morgan, R. D., Duan, N., Fisher, W., Romani, C. J., Mandracchia, J. T., & Murray, D. (August 2009). *Criminal Thinking of Offenders with Mental Illness.* Poster presented at the annual convention of the American Psychological Association, Toronto, Canada.

Murray, D., Porras, C., Serna, C., Rodriguez, A., & Morgan, R. (August 2009). *Criminal Thinking: A Static or Dynamic Process.* Poster presented at the annual convention of the American Psychological Association, Toronto, Canada.

Varghese, F.P., Hardin, E.E., & Morgan, R.D. (August 2009). Factors Influencing Offender Employability. In Varghese, F.P. & Medlock, E. (Co-Chairs). *Post-release offender employment: Barriers, interventions, and implications for social justice.* Symposium presented at the annual convention of the American Psychological Association, Toronto, Canada.

Morgan, R. D. (March 2009). Changing Lives and Changing Outcomes: Treatment targets and specified mechanisms of change. In R. D. Morgan (Chair), *Treating the mentally disordered offender: A model and guide for empirically supported practice.* Symposium presented at the annual meeting of the American Psychology-Law Society, San Antonio, Texas.

Bewley, M. T. & Morgan, R. D. (March 2009). *National survey of mental health services for mentally ill offenders in prison.* Poster presented at the annual meeting of the American Psychology-Law Society, San Antonio, Texas.

Mandracchia, J. T. & Morgan, R. D. (August 2008). *Inmate Thinking Patterns: An Integrative Approach.* Poster presented at the annual convention of the American Psychological Association, Boston, MA.

Shaw, L., Morgan R. D., & Bewley, M. (August 2008). *Inmate Characteristics and Mental Health Services.* Poster presented at APA Conference. Boston, MA.

Mandracchia, J. T. & Morgan, R. D. (May 2007). *Criminal Thinking: Past Perspectives and Future Directions*. Concurrent Session presented at the annual meeting of the Mental Health in Corrections Consortium, Kansas City, Missouri.

Bewley, M., Shaw, L., & Morgan R. D. (April 2008). *Diagnosis, Behavior, and Risk for Recidivism.* Poster presented at the MHCC Symposium, Kansas City, MO.

Mandracchia, J. T., Bewley, M., Murray, D., & Morgan, R. D. (March 2008). *Towards Reducing Criminal Behavior: Using the MOTS-R to Evaluate the Dynamic Nature of Criminal Thinking*. Poster presented at the International Counseling Psychology Conference, Chicago, Illinois.

Varghese, F.P., Hardin, E.E., & Morgan, R.D. (2008, March). *The employability of inmates using social cognitive career theory.* Poster presented at the International Counseling Psychology Conference, Chicago, Illinois.

Morgan, R. D., Bauer, R. L., Fisher, W., Duan, N., Mandracchia, J. T., Murray, D., Gaines, M. V., & Varghese, F. P. (2008, March). *Predicting disciplinary infractions among mentally disordered offenders*. Poster presented at the annual meeting of the American Psychology-Law Society, Jacksonville, FL.

Mandracchia, J. T. & Morgan, R. D. (2008, March). *Towards Reducing Criminal Behavior: Using the MOTS-R to Evaluate the Dynamic Nature of Criminal Thinking*. Poster presented at the International Counseling Psychology Conference, Chicago, Illinois.

Gaines, M.V., Giles, C.L., Morgan, R.D., & Steffan, J. (2007, August). *The Combined Use of the M-FAST and PAI in the Detection of Malingering among Inmates*. Poster presented at the annual meeting of the American Psychology Association, San Francisco, California.

Magaletta, P., Morgan, R. D., Reitzel, L, & Innes, C. (2007, August). Toward the one: Strengthening behavioral sciences research in corrections. In R. D. Morgan (Chair), *Developing a research agenda in correctional psychology*. Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Morgan, R. D., Duan, N., Fisher, W. H., Mandracchia, J. T., Murray, D., Rodriguez, A., (2007, August). *Criminal thinking and attitudes in mentally disordered offenders*. Poster presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Morgan, R. D., Flora, D. B., Kroner, D. G., Mills, J., Varghese, F., & Steffan, J. S. (2007, August). Treatment of mentally disordered offenders: A research synthesis. In D.G. Kroner and R.D. Morgan (Co-Chairs), *Mentally disordered offenders: A special population requiring special*

*attention*. Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Nussbaum, D., Ax, R. K., Fagan, T., Magaletta, P., & Morgan, R. D. (2007, August). Innovations in correctional assessment and treatment. In R. D. Morgan (Chair), *Developing a research agenda in correctional psychology*. Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Wormith, J., Althouse, R., Reitzel, L., Fagan, T., & Morgan, R. D. (2007, August). The rehabilitation and reintegration of offenders: The current landscape and some future directions for correctional psychology. In R. D. Morgan (Chair), *Developing a research agenda in correctional psychology*. Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Mandracchia, J. T., Varghese, F. V., Morgan, R. D., & Jackson, C. T. (2007, June). Reliability and Validity of the Depression, Hopelessness, and Suicide Screening Form in a Clinical Population. In J. Mills (Chair) *The Depression Hopelessness And Suicide Screening Form: Validity and generalizability to offender, student and clinical samples*. Symposium presented at the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Mandracchia, J. T., & Morgan, R. D. (2007, June). Graduate school training in correctional and forensic psychology. In R. D. Morgan (Chair), *Training in correctional and forensic psychology*. Symposium presented at the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Ontario.

Morgan, R. D. (2007, July). Treatment of individuals with mental illness in a state prison. In J. Draine (Chair), *Mental illness and treatment during and after incarceration*. Linked session presented at the Nineteenth NIMH Conference on Mental Health Services Research, Washington, DC.

Morgan, R. D.., Flora, D., Kroner, D. G., Mills, J. F., Varghese, J. P., & Steffan, J. S. (2007, June). *Treatment of mentally disordered offenders: A research synthesis*. Paper presented at the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Morgan, R. D., Gaines, M. V., Fisher, W., Duan, N., Mandracchia, J. T., Murray, D., Rodriguez, A., Bauer, R. L., & Varghese, F. P., (2007, June). *Tailoring services for mentally ill offenders*. Poster presented at the North American Correctional and Criminal Justice Psychology Conference, Ottawa, Canada.

Mandracchia, J. T., Morgan, R. D., Garos, S., & Garland, J. T. (2007, April). *Status Variables and Criminal Thinking in Offenders*. Poster presented at the annual meeting of the Mental Health in Corrections Consortium, Kansas City, Missouri.

Mandracchia, J. T., Shaw, L., Morgan, R. D. (2007, February). *Effects of Education on Attitudes towards Criminal Justice Issues*. Paper presented at the annual meeting of the Southwest Educational Research Association, San Antonio, Texas.

Mandracchia, J. T., Morgan, R. D., Garos, S., Garland, J. T., & Rodriguez, A. (2006, August). *Inmate thinking patterns: An empirical investigation*. Poster presented at the annual meeting of the American Psychological Association, New Orleans, Louisiana.

Morgan, R. D., Steffan, J. S., Shaw, L. B., & Wilson, M. S. (2006, August). *Needs and barriers for correctional mental health services: Inmate perceptions*. Poster presented at the annual convention of the American Psychological Association, New Orleans, Louisiana.

Senter, A., & Morgan, R. D. (2006, August). *Public Service Psychologist Burnout, Job Satisfaction, and Life Satisfaction*. Poster presented at the annual meeting of the American Psychological Association, New Orleans, LA.

Senter, W. A., & Morgan, R. D. (2006, May). *Working in the Big House: Correctional Psychologist, Burnout, Job Satisfaction, and Life Satisfaction*. Poster presented at the annual meeting of the Mental Health in Corrections Consortium, Kansas City, MO.

Rodriguez, A., Steffan, J. S. Lopez, M. J., & Morgan, R. D. (2006, May). *Detecting malingering among offenders with the MCMI-3*. Poster presented at the annual meeting of the Mental Health in Corrections Consortium, Kansas City, MO.

Varghese, F. P., Hardin, E. E., & Morgan, R. D. (2006, May). Understanding the factors that affect employability of soon-to-be released prisoners. Poster Presented at the annual meeting of the Mental Health and Corrections Consortium, Kansas City, Missouri.

Morgan, R. D. (2005, August). Discussant. In R. Morgan (Chair), Associates and Adult Criminal Behavior: Theory, Research, Treatment, and Evaluation. Symposium conducted at the annual meeting of the American Psychological Association, Washington, D.C.

Morgan, R. D., & Patrick, A. R. (2005, August). Offender perceptions of telemedicine vs. face-to-face psychotherapy. Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

Steffan, J. S., & Morgan, R. D. (2005, August). *Examination of a new MMPI-2 scale to detect malingered depression*. Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

Steffan, J. S., Morgan, R. D., & Lopez, M. J. (2005, August). *Detecting inmates malingering: Comparison of the MMPI-2, PAI, and MCMI-3*. Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

Steffan, J. S., & Morgan, R. D. (2005, June). Detection of malingered depressive symptoms with multiscale inventories: An analysis of the MMPI-2, PAI, and MCMI-3 with correctional inmates. In F. Rudmin (Chair), *Psychometric detection of feigned (faked, malingered) depression.* Conversation session presented at the annual meeting of the Canadian Psychological Association, Montreal, Ontario, Canada.

Steffan, J. S., Denney, D., & Morgan, R. D. (2005, April). *Reducing institutional infractions: An analysis of the CODE treatment program.* Poster session presented at the Mental Health in Corrections Consortium, Kansas City, Missouri.

DeGue, S., Fortier, M. A., DiLillo, D., Cohen, L. M., & Morgan, R. D. (November 2004). *Issues and Obstacles in the Licensure Process for Early Career Academic Psychologists.* Poster presented at the 38th annual meeting of the Association for the Advancement of Behavioral Therapy, New Orleans, LA.

Beer, A. M., Morgan, R. D., & Garland, J. T. (2004, July/August). *The role of romantic/intimate relationships in the well-being of incarcerated females*. Poster presented at the annual meeting of the American Psychological Association, Honolulu, HI.

Morgan, R. D. (2004, July/August). Training psychologists for public service psychology in 2020. In R. D. Kerns and T. W. Miller (Chairs), *Future of Psychology in the Public Sector: Innovations and Challenges for 2020.* Symposium conducted at the annual meeting of the American Psychological Association, Honolulu, HI.

Morgan, R. D., Beer, A. M., Fitzgerald, K. L., & Mandracchia, J. T. (2004, July/August). *Graduate student's experiences, interests, and attitudes towards correctional/forensic psychology*. Poster presented at the annual meeting of the American Psychological Association, Honolulu, HI.

Patrick, A. R., Morgan, R. D., & Garland, J. T. (2004, July/August). Inmate perceptions of telepsychology and telepsychiatry. In R. D. Morgan (Chair), *Treatment Behind Bars: Innovative Strategies*. Symposium conducted at the annual meeting of the American Psychological Association, Honolulu, HI.

Kroner, D. G., Mills, J. F., Morgan, R. D. & Mandracchia, J. T. (2004, April). *Training correctional mental health professional's in suicide prevention*. Concurrent session (2 hours) presented at the annual meeting of the Mental Health in Corrections Consortium, Kansas City, MO.

Steffan, J. S., Cicerello, A. R., Birmingham, D. L., Morgan, R. D., & Mandracchia, J. T. (2004, April). *Sensitivity of the MCMI – 3 to response bias among forensic patients*. Poster presented at the annual meeting of the Mental Health in Corrections Consortium, Kansas City, Missouri.

Steffan, J. S., Kroner, D. G., & Morgan, R. D. (2004, April). *Detecting malingering or faking good by inmates on the Basic Personality Inventory*. Poster presented at the annual meeting of the Mental Health in Corrections Consortium, Kansas City, MO.

Garland J. T., Morgan, R. D., & Beer, A. M. (2003, November). *Correctional Variables as Predictors of Inmate Sexuality Shifts*. Poster presented at the annual meeting of the American Association of Behavioral Therapy, Boston, MA.

Beer, A. M., Garland, J. T., & Morgan, R. D. (2003, August). Romantic/Intimate Relationships and the Well-being of Incarcerated Females. In R. D. Morgan (Chair), *Inmate sexuality and relationships: Before, during, and after incarceration*. Symposium conducted at the annual meeting of the American Psychological Association, Toronto, Canada.

Garland, J. T., Beer, A. M., & Morgan, R. D. (2003, August). Length of Incarceration and Security Level: Effects on Inmate Sexuality. In R. D. Morgan (Chair), *Inmate sexuality and relationships: Before, during, and after incarceration*. Symposium conducted at the annual meeting of the American Psychological Association, Toronto, Canada.

Morgan, R. D., & Cohen, L. M. (2003, August). *Counseling and Clinical Psychology: Are We Training Students Differently?* Poster presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Rozycki, A. T. & Morgan, R. D (2003, August). Transition into Adulthood: The Experiences of Mexican Americans and White Americans. Poster presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Steffan, J. S., Clopton, J. R., & Morgan, R. D. (2002, November). *An MMPI-2 scale to detect malingering of depression*. Paper presented at the annual meeting of the Texas Psychological Association, San Antonio, TX.

Morgan, R. D. (2002, August). What works? Measuring and identifying correctional treatment programs that work. In R. K. Ax (Chair), *Psychology behind bars: Addressing mental health needs.* Symposium conducted at the annual meeting of the American Psychological Association, Chicago, IL.

Morgan, R. D., Rozycki, A. T., Garland, J. T., Reich, D., & Wilson, S. (2002, August). *Treatment goals in group work with inmates*. Poster session presented at the annual meeting of the American Psychological Association, Chicago, IL.

Morgan, R. D., Wilson, S., & Rozycki, A. T. (2001, August). *Inmate perceptions of mental health services.* Poster session presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Birmingham, D., & Morgan, R. D. (2001, August). Helping police manage Type III stress. In S.Holton (Chair), *Law enforcement and stress: Crossing the blue line.* Symposium conducted at the annual meeting of the American Psychological Association, San Francisco, CA.

Morgan, R. D. (2000, August). Academic training opportunities for professional psychologists. In J. M. Cantor (Chair), *Training in psychology: Students' needs, current opportunities, and*

*academic alternatives.* Symposium conducted at the annual meeting of the American Psychological Association, Washington, D.C.

Morgan, R. D. (2000, August). *The efficacy of an integrative group psychotherapy program for inmates.* Paper presented at the annual meeting of the American Psychological Association, Washington, D.C.

Flora, D. B., & Morgan, R. D. (2000, August). *Group psychotherapy with incarcerated offenders: A meta-analysis.* Poster session presented at the annual meeting of the American Psychological Association, Washington, D.C.

Birmingham, D., Cicerello, A., & Morgan, R. D. (1999). *Suicide assessment and prevention.* Workshop presented at the Kansas City Jail and Detention Center.

Birmingham, D., Morgan, R. D., & Cicerello, A. (1999). *Stress management for law enforcement officers.* Workshop presented to the Kansas City Police Academy.

Ax, R. K., & Morgan, R. D. (1999, August). *Predoctoral internships in correctional settings.* Paper presented at the annual meeting of the American Psychological Association, Boston, MA.

Morgan, R. D., Winterowd, C. L., & Fuqua, D. R. (1999, August). *The efficacy of a group psychotherapy program for male inmates.* Poster session presented at the annual meeting of the American Psychological Association, Boston, MA.

Van Haveren, R., Morgan, R. D., & Pearson, C. (1999, August). *Correctional officer burnout: Further analyses.* Poster session presented at the annual meeting of the American Psychological Association, Boston, MA.

Ferrell, S. W., Morgan, R. D., & Winterowd, C. L., (1997, October). *Job satisfaction of mental health professionals in state correctional facilities.* Poster session presented at the annual meeting of the Rocky Mountain Educational Research Association, Stillwater, OK.

Morgan, R. D., Winterowd, C. L., & Ferrell, S. W. (1997, August). *A national survey of group psychotherapy services in correctional facilities.* Poster session presented at the annual meeting of the American Psychological Association, Chicago, IL.

Morgan, R. D. (1997, May). *Group psychotherapy in corrections: Past, present, and future considerations.* Paper presented at the annual meeting of the Mental Health in Corrections Symposium, Kansas City, MO.

Morgan, R. D., Olson, K. R., Krueger, M. R., & Schellenberg, R. P. (1995, April). *Utility of DSM-III-R decision trees.* Poster session presented at the annual meeting of the Southwestern Psychological Association, San Antonio, TX.

Morgan, R. D. (1992, March). *Does the use of the DSM-III-R decision trees increase diagnostic accuracy?* Paper presented at the Great Plains Students Psychology Convention, Kearney, NE.

Morgan, R. D., & Rycek, R. F. (1991, April). *Differences in memory strategies of hospitalized and outpatient schizophrenics.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Denver, CO.

Rycek, R. F., Ehrlich, R., & Morgan, R. D. (1991, April). *Differences between traditional and non-traditional students on Wason-type problems.* Paper presented at the annual meeting of the Rocky Mountain Psychological Association, Denver, CO.

## Workshops Presented

Title: *Evidenced based correctional practice for managing and treating offenders with mental illness.*
   One Day Training Workshop
   Trainer: Robert D. Morgan & Jeremy F. Mills
   Sponsored by Canadian Psychological Association.
   June 3, 2015

Title: *Changing Lives and Changing Outcomes: A Treatment Program for Offenders with Mental Illness*
   One Day Training Workshop
   Trainer: Robert D. Morgan
   Sponsored by Correct Care Services, Inc.
   March 29, 2015

Title: *Escaping the cage: A mental health treatment program for inmates detained in restricted housing*
   One Day Training Workshop
   Trainer: Robert D. Morgan
   Sponsored by Maine Department of Corrections
   November 17, 2014, Warren, Maine

Title: *Changing Lives and Changing Outcomes: A Treatment Program for Offenders with Mental Illness*
   Two day Training Workshop
   Trainers: Morgan, R. D. & Kroner, D. G.
   Sponsored by Harris County Community Supervision & Corrections Department
   April 2014, Houston, Texas

Title: *Changing Lives and Changing Outcomes: A Treatment Program for Offenders with Mental Illness*
   One day Training Workshop
   Trainer: Morgan, R. D.

Sponsored by Maine Department of Corrections
February 2014, Warren, Maine

Title: *Risk, needs, and responsivity principles with offenders with mental illness*
One day Continuing Education Workshop
Trainer: Morgan, R. D.
Sponsored by Institute of Law, Psychiatry & Public Policy (University of Virginia)
January 2014, Charlottesville, Virginia

Title: *Changing Lives and Changing Outcomes: A Treatment Program for Offenders with Mental Illness*
Two day Training Workshop
Trainers: Morgan, R. D. & Kroner, D. G.
Sponsored by Forensic and Mental Health Services, Inc
September 2013, Cincinnati, Ohio

Title: *Treating persons with mental illness who are justice involved: A guide to practice*
One-half day Training Workshop
Trainer: Morgan, R. D.
Sponsored by StarCare Specialty Health System
August 2012, Lubbock, Texas

Title: *Treating Offenders with Mental Illness: An Evidenced-Based Approach*
One and one-half hour Continuing Education Workshop
Trainers: Morgan, R. D. & Kroner, D. G.
Sponsored by the 5th Academic & Health Policy Conference on Correctional Health
March 2012, Atlanta Georgia

Title: *Treating the Mentally Disordered Offender: A Model and Guide for Practice*
One day Continuing Education Workshop
Trainer: Morgan, R. D.
Sponsored by the Texas Forensic Mental Health Conference
October 2011, Vernon, Texas

Title: *Treating Offenders with Mental Illness: Toward an Evidenced-Based Approach*
One- day Pre-conference Workshop
Trainers: Morgan, R. D., Kroner, D. G., & Mills, J. F.
Sponsored by American Psychology-Law Society (Division 41; APA)
March 2011, Miami, Florida

Title: *Treating Mentally Disordered Offenders*
One-half day Pre-conference Workshop
Trainers: Morgan, R. D., Kroner, D. G., & Mills, J. F.
Sponsored by Mental Health in Corrections Consortium
April 2008, Kansas City, Missouri

Title: Texas *Criminal Procedure & Offenders with Mental Impairments: A Refresher*
    One-half day Continuing Education Workshop
    Trainers: Shannon, B., Gerlach, M., & Morgan, R. D.
    Sponsored by the Texas Tech University Law School
    December 2007, Lubbock, Texas

Title: *Assessing Criminal and Violence Risk: Theory, Ethics, and Application*
    One-day Pre-conference Workshop
    Trainers: Kroner, D. G., Morgan, R. D., & Mills, J. F.,
    Sponsored by the North American Correctional and Criminal Justice Psychology Conference
    June 2007, Ottawa, Canada

Title: *Assessing Criminal and Violence Risk: Theory, Ethics, and Application*
    One-day Pre-conference Workshop
    Trainers: Mills, J. F., Kroner, D. G., & Morgan, R. D.
    Sponsored by Mental Health in Corrections Consortium
    April 2007, Kansas City, Missouri

Title: *Assessing Criminal and Violence Risk: Theory, Ethics, and Application*
    One-day Continuing Education Workshop
    Trainers: Mills, J. F., Kroner, D. G., & Morgan, R. D.
    Sponsored by the American Psychological Association
    August 2006, New Orleans, Louisiana

Title: *Assessing Criminal and Violence Risk: Theory, Ethics, and Application*
    One-day Continuing Education Workshop
    Trainers: Mills, J. F., Kroner, D. G., & Morgan, R. D.
    Sponsored by the Canadian Psychological Association
    June 2006, Calgary, Alberta

Title: *Assessing Criminal and Violence Risk: Theory, Ethics, and Application*
    One-day Pre-conference Workshop
    Trainers: Mills, J. F., Kroner, D. G., & Morgan, R. D.
    Sponsored by Mental Health in Corrections Consortium
    May 2006, Kansas City, Missouri

**Invited Addresses**

Morgan, R. D. (August, 2015). Counseling psychologists in corrections: A natural fit. Fellows
    address presented at the 2015 meeting of the American Psychological Association, Toronto,
    Canada.

Morgan, R. D. (June, 2015).  Psychological assessment in correctional and forensic contexts.
    Keynote address presented at the Annual MMPI Symposium, Minneapolis, Minnesota.

Morgan, R. D. (April, 2015). Criminal risk factors and offenders with mental illness. Keynote address presented at the Mental Health in Corrections Consortium, Springfield, MO.

Morgan, R. D. (April, 2015). An evidenced-based approach for treating inmates with mental illness. Workshop presented at the Mental Health in Corrections Consortium, Springfield, MO.

Morgan, R. D. (April, 2014). Evidenced based correctional practice for managing and treating offenders with mental illness. Southern Illinois University, Carbondale, IL.

Morgan, R. D. (November, 2012). Treating justice involved persons with mental illness: An evidenced-based approach. Keynote address presented at the Ohio Department of Mental Health and the Northeast Ohio Medical University Forensic Focus Conference, Columbus, Ohio.

Lim, E. & Morgan, R. D. (April 2012). Insanity & other mental issues. Invited presentation at the Capital Trial Persecution for Texas district attorney's, Austin, Texas.

Morgan, R. D. (August 2010). *If not us, then whom?* Presidential address (Division 18) presented at the annual convention of the American Psychological Association, San Diego, California.

Morgan, R. D. (2010, April). Representing offenders with mental illness. Lubbock Special Needs Defenders Office. Invited presentation at a meeting of the Lubbock County Defense Association, Lubbock, Texas (1 hour CLE approved by the State Bar of Texas).

Morgan, R. D. & Gerlach, M. V. (2007, May). *Lubbock Regional MHMR Community Forensic Psychology Program*. Invited presentation at a meeting of the Lubbock County Defense Association, Lubbock, Texas.

Morgan, R. D. & Gerlach, M. V. (2007, March). *Lubbock Regional MHMR Community Forensic Psychology Program*. Invited presentation at the Texas Criminal Procedure & Offenders with Mental Impairments: CLE Training for Judges and Attorney's, Lubbock, Texas.

Morgan, R. D. (2006, June). *Treating Mentally Disordered Offenders: An Integrated Treatment Model*. Invited address at the 11th Biennial Symposium on Violence and Aggression, Saskatoon (Saskatchewan), Canada.

Morgan, R. D. (2006, May). *Ethics and Risk Assessment*. Invited address at the Northeastern Oklahoma Psychology Internship Program's Annual Conference, Tulsa, Oklahoma.

Morgan, R. D. (2003, December). *Forensic Psychology: Much More Than CSI and Silence of the Lambs.* Invited address at the annual Psychology Department Career Day, University of Nebraska at Kearney.


**EXTRAMURAL FUNDING**

**Research Grants – Current/Pending**

National Institute of Justice
Title: Toward a better understanding of administrative segregation: An examination of long-term effects on health outcomes, and feasibility of a new evidenced based treatment
Principal Investigator
Funding Dates: October 1, 2015 – September 30, 2018
Direct Costs: $232,336
Status: Under Review

**Research Grants - Completed**

Texas Tech University School of Law
Title: Criminal Defendants' Perceptions of Working Alliance, Trust, Procedural Fairness, and Satisfaction in Attorney-Client Pretrial Consultations: A Comparison of Videoconferencing and Face-to-Face Modalities
Co-Investigator
Funding Dates: June 1, 2012 – July 31, 2014
Direct Costs: $70,000 (estimated)

Texas Department of Criminal Justice – Community Justice Assistance Division
Lubbock Specialty Courts: Who's in and are they working?
Co-Principal Investigator
Funding Dates: September 1, 2012 – May 31, 2014
Direct Costs: $80,000

Center for Behavioral Health Services & Criminal Justice Research
Sub-recipient: 1P30MH079920 (National Institute of Mental Health Award)
Criminal Thinking in a Community Mental Health Sample: Effects on Treatment Engagement and Psychiatric Recovery
Co-Principal Investigator
Funding Dates: August 1, 2011 – July 31, 2013
Direct Costs: $88,500

Center for Behavioral Health Services & Criminal Justice Research
Sub-recipient: 1P30MH079920 (National Institute of Mental Health Award)
Piloting Changing Lives and Changing Outcomes for Offenders with Mental Illness
Principal Investigator
Funding Dates: May 1, 2009 – July 31, 2011
Direct Costs: $56,162

National Institute of Justice
2007-IJ-CX-0027
Re-entry: Dynamic Risk Assessment
Principal Investigator

Funding Dates: October 1, 2007 – September 30, 2011
Direct Cost: $185,950

JEHT Foundation
Changing Lives and Changing Outcomes: A Bi-Adaptive Intervention for Offenders with
    Mental Illness
Principal Investigator
Funding Dates: July 1, 2009 – June 30, 2010
Direct Costs: $60,957
Status: Funding rescinded due to foundation collapse following 2009 financial crisis

National Institute of Mental Health
R34 MH070401-01A1
Tailoring Services for Mentally Ill Offenders
Principal Investigator
Funding Dates: September 23, 2005 – June 30, 2009
Direct Costs: $292,500

University of Minnesota Press
Elaborating on the construct validity of MMPI-2-RF scales in an acute forensic and nonforensic
    inpatient setting
Principal Investigator
Funding Dates: August 2007 – August 2008
Direct Cost: $19,396

Institute for Forensic Sciences; Texas Tech University Health Sciences Center
Sub-recipient: 2005-IJ-CX-K016(S-1) (National Institute of Justice Award)
Inmate Characteristics and Mental Health Services: A Model for Predicting Treatment Outcome
Principal Investigator
Direct Costs: $14,011

Texas Tech University Research Enhancement Fund (REF)
Inmate Perceptions of Mental Health Services
Principal Investigator
Funding Dates: September 2001 – August 2002
Direct Costs: $2,500

**Professional Service Grants – Current**

Forensic and Mental Health Services, Inc (Hamilton Ohio, Butler County)
Title: Evidence based practice integrated service interventions for the justice involved client
Co-Investigator (PI: Jenny O'Donnell, Psy.D.)
Funding Dates: July 1, 2013 – June 30, 2015
Direct Cost: $278,000.00

**Contracts – Current**

Texas Tech University/Dr. Morgan and Lubbock – Crosby County Community Supervision and
    Corrections Department
Contract for provision of substance abuse and mental health services to probationers
Director and Clinical Supervisor: Robert D. Morgan
Funding Dates: September 1, 2007 – May 31, 2014
Costs: $84,032/year ($588,223 total costs)

## TEACHING EXPERIENCE

### Graduate

    Practicum in Intelligence Testing
    Advanced Counseling Practicum
    Psychology and Law
    Thesis and Dissertation Supervision

### Undergraduate

    Forensic Psychology
    Abnormal Psychology
    Introductory Psychology

## PROFESSIONAL EXPERIENCE & POSITIONS

2013-Present   Consultant, CorrectCare Solutions, Nashville, Tennessee

2013-Present   Consultant, State of California, Department of Justice

2011-2017   *Appointee* (Governor Perry), Advisory Committee to the Texas Board of Criminal
    Justice on Offenders with Medical or Mental Impairments

2007, 2011
2015   Steering Committee, North American Correctional and Criminal Justice Psychology
    Conference

2007-2012   *Director of Forensic Services* and *Director of Postdoctoral Fellowship Program in
Forensic Psychology*, Lubbock Regional Mental Health Mental Retardation Center.
Center (Full Medical Staff Membership to Sunrise Canyon Hospital)

2001-Present   *Independent Practice*, Specialty: Criminal Forensic Psychology, Lubbock, TX.

| | |
|---|---|
| 2008 | *Consultant*, Justice Center: The Council of State Government. *Improving outcomes for people with mental illness under community supervision: A research guide for policymakers*. |
| 2005 | *Consultant*, BrianPower Inc. for the Dallas Cowboys at the National Football League Combine. |
| 2002-2007 | *Associate Clinical and Forensic Director*, Lubbock Regional Mental Health Mental Retardation Center (Full Medical Staff Membership to Sunrise Canyon Hospital). |
| 2001-2003 | *Mentee*, Mentoring and Education for Health Services Research Program, Yale University and National Institute of Mental Health (NIMH). |
| 8/97-5/98 | *Intake Counselor*, University Counseling Center, Oklahoma State University. |
| 1997 | *Consultant*, Oklahoma Department of Corrections. |
| 1995-1997 | *Psychologist in Training*, Edwin Fair Community Mental Health Center, Perry, OK and Jim Thorpe Rehabilitation Hospital, Oklahoma City, OK. |
| 1993-1995 | *Mental Health Professional*, El Dorado Correctional Facility and Winfield Correctional Facility, KS. |
| 1992 | *Psychology Internship*, Psychology Department, United States Penitentiary at Leavenworth, KS. |
| 1991-1993 | *Graduate Teaching Assistant*, Department of Psychology, Fort Hays State University, KS. |
| 1991-1992 | *Psychologist in Training*, Kelly Center, Fort Hays State University, KS. |

## HONORS AND AWARDS

2014   Outstanding Researcher from College of Arts and Sciences, Texas Tech University
2007   Extramural Research Promotion Award, Texas Tech University
2007   Mary S. Cerney Student Award For Best Personality Assessment Research Paper (Jarrod S. Steffan, Robert D. Morgan, & Daryl G. Kroner).
2006   Outstanding Contribution to Science Award, Texas Psychological Association
2005   Extramural Research Promotion Award, Texas Tech University
2003   Early Career Achievement Award, Division 18, American Psychological Association

## ORGANIZATIONS AND ADDITIONAL PROFESSIONAL ACTIVITIES

**Memberships in Professional Associations and Licenses**

American Psychological Association
    Fellow, Division 17, Society of Counseling Psychology
    Fellow, Division 18, Psychologists in Public Service
    Member, Division 17, Society of Counseling Psychology
    Member, Division 18, Psychologists in Public Service
    Member, Division 41, American Psychology-Law Society

Canadian Psychological Association

Licensed Psychologist, State of Texas (#31546), 2001-present

**Editorial Responsibilities**

*Editorial Board*

| | |
|---|---|
| 2005 – Present | *Criminal Justice and Behavior* |
| 2002 – 2013 | *Psychological Services* |

*Ad Hoc Reviewer*

Guilford Publishing House. *Assessment; Criminal Justice and Behavior; Journal of Clinical Psychology; Journal of Consulting and Clinical Psychology; Journal of Contemporary Psychotherapy; Journal of Counseling Psychology; Journal of Forensic Psychiatry and Psychology; Journal of Psychopathology and Behavioral Assessment; Professional Psychology: Research and Practice; Social Psychiatry and Psychiatric Epidemiology; The Counseling Psychologist.*

**Service Activities**

*National Service*

| | |
|---|---|
| 2005-present | Member, American Psychology-Law Society Corrections Committee |
| 2013 | *External Reviewer*, Promotion (Professor), Penn State Harrisburg |
| 2010 | *External Reviewer*, Promotion and Tenure, University of Saskatchewan (Canada) |
| 2008-2011 | *President-Elect, President, and Past-President*, Division 18, American Psychological Association |
| 2006-2007 and 2010-2011 | *Member*, Steering Committee, The North American Correctional and Criminal Justice Psychology Conference (NACCJPC) |

| | |
|---|---|
| 2006-2011 | *Member*, Mental Health in Corrections Consortium Advisory Board |
| 2005-2007 and 2008-2011 | *Member*, Executive Committee, Division 18, American Psychological Association |
| 2005-2007 | *Chair*, Criminal Justice Section, Division 18, American Psychological Association |
| 2004-2007 | *Member*, Division 17 Program Committee, American Psychological Association |
| 2004-2006 | *Administrator*, Criminal Justice Listserv, Division 18, American Psychological Association |
| 2004 | *Secretary-Treasurer*, Division 18, American Psychological Association (appointed by the division president to complete the term of the elected secretary-treasurer who was unable to complete the term due to illness) |
| 2004 | *Member*, Committee for Preparing Public Service Psychologists for Prescribing Psychotropic Medications, Division 18, American Psychological Association |
| 2004 | *Member*, Hospitality Suite Committee, Division 17, American Psychological Association |
| 2003-2005 | *Secretary*, Criminal Justice Section, Division 18, American Psychological Association |
| 2003 | *Member*, Program Committee (Student Proposals), Division 17, American Psychological Association |
| 2002–2004 | *Member-at-Large*, Section on Counseling and Psychotherapy Process and Outcome Research, Special Section of Division 17, American Psychological Association. |
| 2002-2003 | *Member*, Division 18 Program Committee, American Psychological Association |
| 1999–2000 | *Member*, New Professionals Task Force, American Psychological Association |

*University Service*

| | |
|---|---|
| 2013-present | Member, Faculty Senate, Texas Tech University |
| 2010-present | Member, College of Arts & Sciences Awards Committee, Texas Tech University |
| 2011-2012 | Member, College of Arts & Sciences STEM Committee, Texas Tech University |

| 2005-2006 | Academic Advisor, Forensic Sciences Minor, Texas Tech University |
|---|---|
| 2002 | *Ad Hoc Reviewer*, Research Enhancement Fund (REF) proposals, Texas Tech University |
| 2001–2004 | *Member,* Advisory Group, The International Forensic Sciences Institute of the Texas Tech University System |
| 2001–2003 and 2004-2006 | *Faculty Mentor*, McNair Scholars Program, Texas Tech University |
| 2001 | *Graduate School Representative*, Doctoral Dissertation Defense, Department of Education, Texas Tech University |

*Department Service*

| 2013 | *Chair*, Counseling Psychology Search Committee, Texas Tech University |
|---|---|
| 2011-2012 2013-present | *Chair*, Research & Faculty Development Committee, Texas Tech University |
| 2007-2011 | *Member*, Research Committee, Texas Tech University |
| 2007- 2012 2002-2004 | *Coordinator*, Counseling Psychology Internship Applications, Texas Tech University |
| 2009 | *Member*, Student Misconduct Committee, Texas Tech University |
| 2004 | *Member*, Merit Raise Committee, Texas Tech University |
| 2003-2007 | *Member*, Executive Committee, Texas Tech University |
| 2003-2004 | *Member*, Clinical Psychology Search Committee, Texas Tech University |
| 2002-2004 | *Chair*, Counseling Psychology Program Admissions Committee, Texas Tech University |
| 2002–2003 | *Member*, Human Factors Search Committee, Texas Tech University |
| 2001–2003 | *Member*, Graduate Programs Committee, Texas Tech University |
| 2002 | *Judge*, First Annual Research Methods Poster Competition, Texas Tech University |

Robert D. Morgan
August 2015
Page 33 of 33

This vita is accurate as of this date: August 17, 2015.