ATTACHMENT B

TESTIMONY, PUBLICATIONS, AND COMPENSATION

**List of cases Dr. Morgan has testified in over the past 4 years**

*Ashker, et al. v. Governor, et al.* (Case No.: C 09-05796 CW (N.D. Cal.).

- Deposition testimony for the state of California during civil litigation for a complaint alleging that the conditions of confinement in the Security Housing Unit (SHU) at Pelican Bay State Prison (PBSP) violate their constitutional rights, specifically under the Eighth Amendment (May 15, 2015)

*State of Texas v. Joseph Richards* (Cause No.: DCR 5040-13), 154th Judicial District Court of Lamb County, Texas

- Testified for the state during a competency to stand trial hearing before the Honorable Judge Felix Klein (May 22, 2014)

*State of Texas v. Jerry Fuentes* (Cause No.: DCR-5028-13), 154th Judicial District Court of Lamb County, Texas

- Testified for the state during a competency to stand trial hearing before the Honorable Judge Felix Klein (May 22, 2014)

*State of Texas v. James Chancellor Creech* (Cause No.: CR40161), 238th District Court of Midland County, Texas

- Testified for the state regarding the issue of criminal responsibility (insanity) before the Honorable Judge Elizabeth Leonard (February 12, 2013)

*State of Oklahoma v. Connor Mason* (Cause No.: CF-2009-6819), District Court of Oklahoma County, Oklahoma

- Testified for the defense during the punishment phase before the Honorable Judge Jerry D. Bass (December 20, 2012)

*State of Texas v. Leslie Bunt* (Cause No.: 2009-458,025), 137th District Court of Lubbock County, Texas

- Testified for the state during a competency to stand trial hearing before the Honorable Judge John "Trey" J. McClendon III (February 1, 2012)

*State of Texas v. William Jackson* (Cause Nos.: 2009-423,749; 2009-423,806), 137th District Court of Lubbock County, Texas

- Testified for the state regarding the issue of criminal responsibility before the Honorable Judge John "Trey" J. McClendon III (December 12, 2011)

**List of Dr. Morgan's publications during the past 10 years**

Batastini, A. B., King, C. M., Morgan, R. D. & McDaniel, B. (in press). Telepsychological services with criminal justice and substance abuse clients: A systematic review and meta-analysis. *Psychological Services*.

Bartholomew, N. R. & Morgan, R. D. (in press). Co-morbid mental illness and criminalness: Implications for housing and treatment. *CNS Spectrums*.

McDonald, B. R. & Morgan, R. D. (in press). Enhancing homework compliance in correctional psychotherapy. *Criminal Justice and Behavior*.

Morgan, R. D., Batastini, A. B., Murray, D. D., Serna, C., & Porras, C. (in press). Criminal thinking:  A fixed or fluid process? *Criminal Justice and Behavior.*

Whited, W. H., Wagar, L. B., Mandracchia, J. T., & Morgan, R. D. (in press).  Partners    or partners in crime? The relationship between criminal associates and criminogenic thinking. *The International Journal of Offender Therapy and Comparative Criminology.*

Van Horn, S. A. & Morgan, R. D. (in press). Mental health care in the justice system. In A. Wenzel (Ed.), Encyclopedia of Abnormal and Clinical Psychology. Thousand Oaks: Sage.

Batastini, A. B., Bolanos, A. D., & Morgan, R. D (2014). Attitudes toward hiring applicants with mental illness and criminal justice involvement: The impact of education and experience. *International Journal of Law and Psychiatry 37,* 524-533.

Kroner, D. G., & Morgan, R. D. (2014). An overview of strategies for the assessment and treatment of criminal thinking. In R. C. Tafrate & D. Mitchell (Eds.), *Forensic CBT: A Handbook for Clinical Practice*. Hoboken, NJ: Wiley-Blackwell.

Morgan, R. D., Kroner, D. G., Mills, J. F., & Batastini, A. B. (2014). Treating criminal offenders. In I. B.Weiner & R. K. Otto (Eds.) *Handbook of Forensic Psychology* (pp. 795-837). Hoboken, NJ: John Wiley & Sons.

Morgan, R. D., Romani, C. J., & Gross, N. G. (2014). Group work with offenders and mandated clients. In J. L. DeLucia-Waack, C. Kalodner, & M. Riva (Eds.), *The Handbook of Group Counseling and Psychotherapy* (pp. 441-449). Thousand Oaks, CA: Sage Publications.

Morgan, R. D., Kroner, D. G., Mills, J. F., Bauer, R., & Serna, C. (2014). Treating justice involved persons with mental illness: Preliminary evaluation of a comprehensive treatment program. *Criminal Justice and Behavior, 41,* 902-916.

Wilson, A. B., Farkas, K., Ishler, K., Gearhart, M. Morgan, R. D., & Ashe, M. (2014). Criminal

thinking styles among people with serious mental illness in jail. *Law and Human Behavior*, *38*, 592-601.

Batastini, A. B., McDonald, B., & Morgan, R. D. (2013). Videoteleconferencing in forensic and correctional practice. In K. Myers & C. Turvey (Eds.) *Telemental Health: Clinical, Technical and Administrative Foundations for Evidence-Based Practice* (pp, 251-271). Kidlington, United Kingdom: Elsevier.

Gaines, M. V., Giles, C. L., & Morgan, R. D. (2013). The detection of feigning using multiple PAI scale elevations: A new index. *Assessment, 20,* 437-447. doi: 10.1177/1073191112458146

Gross, N. G., & Morgan, R. D. (2013). Understanding persons with mental illness who are and are not criminal justice involved: A comparison of criminal thinking and psychiatric symptoms. *Law & Human Behavior*, *37*, 175-186. doi: 10.1037/lhb0000013

Magaletta, P. R., Patry, M. W., Patterson, K. L., Gross, N. R., Morgan, R. D., & Norcross, J. C. (2013). Training Opportunities for Corrections Practice: A National Survey of Doctoral Psychology Programs. *Training and Education in Professional Psychology*. Advance online publication. doi: 10.1037/a0033218

Mandracchia, J. T., Shaw, L. B., & Morgan, R. D. (2013). What's with the attitude? Changing attitudes about criminal justice issues. *Criminal Justice & Behavior, 40,* 95-119. doi: 10.1177/0093854812459474

Morgan, R. D. (2013). Vocational psychology in corrections: It is about time. *The Counseling Psychologist, 41*, 1062-1072. doi: 10.1177/0011000013482381

Morgan, R. D., Kroner, D. G., Mills, J. F., Serna, C., & McDonald, B. R. (2013). Dynamic risk assessment: A validation study. *Journal of Criminal Justice*, 31, 115-124.

Wolff, N., Frueh, B. C., Huening, J., Shi, J., Epperson, M. W., Morgan, R. D., Fisher, W. (2013). Looking to practice to inform the next generation of behavioral health and criminal justice interventions. *International Journal of Law & Psychiatry, 36,* 1-10. doi: 10.1016/j.ijlp.2012.11.001

Wolff, N., Morgan, R. D., & Shi, J. (2013). Comparative analysis of attitudes and emotions among inmates: Does mental illness matter? *Criminal Justice and Behavior, 40,* 1092-1108.

Kuther, T. L., & Morgan, R. D. (2012). *Careers in Psychology: Opportunities in a Changing World* (4th ed.). Pacific Grove, CA: Wadsworth/Thomas Learning.

Mandracchia, J. T., & Morgan, R. D. (2012). Predicting offenders' criminogenic cognitions with status variables. *Criminal Justice & Behavior, 39,* 5-25. doi: 10.1177/0093854811425453

Morgan, R. D., Flora, D. B., Kroner, D. G., Mills, J. F., Varghese, F., & Steffan, J. S. (2012). Treating offenders with mental illness: A research synthesis. *Law and Human Behavior, 36,* 37-50. doi:10.1007/s10979-011-9271-7

Morgan, R. D., Kroner, D. G., & Mills, J. F. (2012). *Re-entry: Dynamic risk assessment* (Report No. 238075). Washington, DC: National Institute of Justice.

Romani, C. J., Morgan, R. D., Gross, N. R., & McDonald, B. R. (2012). Treating criminal behavior: Is the bang worth the buck? *Psychology, Public Policy and Law, 18*, 144-165. doi: 10.1037/a0024714

Bewley, M. T., & Morgan, R. D. (2011). A national survey of mental health services available to offenders with mental illness: Who is doing what? *Law & Human Behavior*, *35,* 351-363. doi:10.1007/s10979-010-9242-4

Epperson, M., Wolff, N., Morgan, R., Fisher, W., Frueh, B. C., & Huening, J. (2011). *The next generation of behavioral health and criminal justice interventions: Improving outcomes by improving interventions*. Center for Behavioral Health Services & Criminal Justice Research.

Mandracchia, J. T., & Morgan, R. D. (2011). Understanding criminals' thinking: Further examination of the Measure of Offender Thinking Styles – Revised. *Assessment, 18,* 442-452.

Mills, J. F., Kroner, D. G., & Morgan, R. D. (2011). *The clinician's guide to violence risk assessment*. New York: Guilford Publications.

Morgan, R. D. (2011). If Not Us, Then Who? Presidential Address. *Psychological Services, 8,* 140-150. doi:10.1037/a0023727

Rozycki-Lozano, A. T., Morgan, R. D., Murray, D. D., & Varghese, F. (2011). Prison tattoos as a reflection of the criminal lifestyle. *International Journal of Offender Therapy and Comparative Criminology, 55,* 509-529. doi:10.1177/0306624X10370829

Shaw, L. B., & Morgan, R. D. (2011). Inmate attitudes toward treatment: Mental health service utilization and treatment effects. *Law and Human Behavior, 35*, 249-261. doi:10.1007/s10979-010-9233-5

Wolff, N., Morgan, R. D., Shi, J., Fisher, W., & Huening, J. (2011). Comparative analysis of thinking styles and emotional states of male and female inmates with and without mental disorders. *Psychiatric Services, 62,* 1485-1493.

Bauer, R. L., Morgan, R. D., & Mandracchia, J. T., (2010). Offenders with severe and persistent mental illness. In T. J. Fagan & R. K. Ax (Eds.), *Correctional Mental Health* (pp. 189-212)*.* Thousand Oaks, CA: Sage Publications.

Dvoskin, J. A., & Morgan, R. D. (2010). Correctional psychology. In I. Weiner, & W. E. Craighead (Eds.), *Corsini Encyclopedia of Psychology* (Vol. 1, pp. 417-420). New York: Wiley.

Mandracchia, J. T., & Morgan, R. D. (2010). The relationship between status variables and criminal thinking in offenders. *Psychological Services, 7,* 27-33. doi:10.1037/a0016194

Kuther, T. L., & Morgan, R. D. (2010). *Careers in Psychology: Opportunities in a Changing World* (3rd ed.). Pacific Grove, CA: Wadsworth/Thomas Learning.

Morgan, R. D., Fisher, W. H., Duan, N., Mandracchia, J. T., & Murray, D. (2010). Prevalence of criminal thinking among state prison inmates with serious mental illness. *Law & Human Behavior, 34,* 324-336. doi:10.1007/s10979-009-9182-z

Senter, A. W., Morgan, R. D., Serna-McDonald, C., & Bewley, M. (2010). Correctional psychologist burnout, job satisfaction and life satisfaction. *Psychological Services, 7,* 190-201. doi:10.1037/a0020433

Steffan, J. S., Morgan, R. D., Lee, J., & Sellbom, M. (2010). A comparative analysis of MMPI-2 malingering detection models among inmates. *Assessment, 17,* 185-196. doi:10.1177/1073191109359382

Varghese, F. P. Hardin, E. E., Bauer, R., & Morgan, R. D. (2010). Attitudes toward hiring offenders: The roles of criminal history, job qualifications, and race. *International Journal of Offender Therapy and Comparative Criminology*, *54*, 769-782. doi:10.1177/0306624X09344960

Community Corrections Research Guide Advisory Group (2009). *Improving outcomes for people with mental illness under community supervision*. New York: Council of State Governments Justice Center.

Miller, T. W., Morgan, R. D., & Wood, J. A. (2009). A telehealth technology model for information science in rural settings. In A. Dwivedi (Ed.), Handbook of Research on IT Management and Clinical Data Administration in Healthcare. Hershey, PA: IGI Global.

Miller, T. W., Morgan, R. D., & Wood, J. A. (2009). Tele-practice technology: A model for healthcare delivery to underserved populations. *International Journal of Healthcare Delivery Reform Initiatives, 1,* 55-69. doi:10.4018/jhdri.2009070104

Morgan, R. D. & Cohen, L. M. (2008). Clinical and counseling psychology: Can differences be gleaned from printed recruiting materials? *Training and Education in Professional Psychology, 2,* 156-164. doi:10.1037/1931-3918.2.3.156

Morgan, R. D., Patrick, A. R., & Magaletta, P. R. (2008). Does the use of telemental health alter the treatment experience?: Inmates' perceptions of telemental health vs. face-to-face

treatment modalities. *Journal of Consulting and Clinical Psychology, 76,* 158-162. doi:10.1037/0022-006X.76.1.158

Steffan, J. S., & Morgan, R. D. (2008). Diagnostic accuracy of the MMPI-2 Malingering Discriminant Function Index in the detection of malingering among inmates. *Journal of Personality Assessment, 90,* 392-398. doi:10.1080/00223890802108204

Ax, R. K., Fagan, T. J., Magaletta, P. R., Morgan, R. D., Nussbaum, D., & White, T. W. (2007). Innovations in correctional assessment and treatment [Special issue]. *Criminal Justice and Behavior, 34,* 893-905. doi:10.1177/0093854807301555

Beer, A. M., Morgan, R. D., Garland, J. T., & Spanierman, L. B. (2007). The role of romantic/intimate relationships in the well-being of incarcerated females. *Psychological Services, 4,* 250-261. doi:10.1037/1541-1559.4.4.250

Kroner, D. G., Mills, J. F., & Morgan, R. D. (2007). Underreporting of Crime-Related Content and the prediction of criminal recidivism among violent offenders. *Psychological Services, 4,* 85-95. doi:10.1037/1541-1559.4.2.85

Kuther, T. L., & Morgan, R. D. (2007). *Careers in Psychology: Opportunities in a Changing World* (2nd ed.). Pacific Grove, CA: Wadsworth/Thomas Learning.

Magaletta, P. R., Morgan, R. D., Reitzel, L. R., & Innes, C. A. (2007). Toward the one: Strengthening behavioral sciences research in corrections [Special issue]. *Criminal Justice and Behavior, 34,* 933-944. doi:10.1177/0093854807301562

Magaletta, P. R., McLearen, A. M., & Morgan, R. D. (2007). Framing evidence for mental health services research in corrections. *Corrections Today, 69,* 38-40.

Mandracchia, J. T., Morgan, R. D., Garos, S., & Garland, J. T. (2007). Inmate thinking patterns: An empirical investigation. *Criminal Justice & Behavior, 34,* 1029-1043. doi:10.1177/0093854807301788

Morgan, R. D. (2007). Foreword [Special issue]. *Criminal Justice and Behavior, 34,* 877-878.

Morgan, R. D., Beer, A. M., Fitzgerald, K. L., & Mandracchia, J. T. (2007). Graduate students' experiences, interests, and attitudes towards correctional/forensic psychology. *Criminal Justice and Behavior*, *34*, 96-107. doi:10.1177/0093854806289831

Morgan, R. D., Steffan, J. S., Shaw, L., & Wilson, S. (2007). Needs for and barriers to correctional mental health services: Inmate perceptions. *Psychiatric Services, 58,* 1181-1186. doi:10.1176/appi.ps.58.9.1181

Senter, A., Morgan, R. D., & Mandracchia, J. T. (2007). Differing perspectives: Correctional systems in non-western countries. In R. K. Ax and J. T. Fagan (Eds.). *Corrections, Mental*

*Health, and Social Policy: International Perspectives* (pp. 320-334). Springfield, IL: Charles C. Thomas.

Steffan, J. S., Kroner, D. G, & Morgan, R. D. (2007). Effect of symptom information and intelligence in dissimulation: An examination of faking response styles by inmates on the Basic Personality Inventory. *Assessment*, *14*, 1-13. doi:10.1177/1073191106295404

Wormith, J. S., Althouse, R., Reitzel, L. R., Simpson, M., Fagan, T. J., & Morgan, R. D. (2007). The rehabilitation and reintegration of offenders: The current landscape and some future directions for correctional psychology [Special issue]. *Criminal Justice and Behavior, 34*, 879-892. doi:10.1177/0093854807301552

DiLillo, D., DeGue, S., Cohen, L. M., & Morgan, R. D. (2006). The Path to Licensure for Academic Psychologists: How Tough is the Road? *Professional Psychology: Research and Practice, 37,* 567-586. doi:10.1037/0735-7028.37.5.567

Kroner, D. G., Mills, J. F., & Morgan, R. D. (2006). Socially desirable responding and the measurement of violent and criminal risk: Self-report validity. *Journal of Forensic Psychology Practice, 6,* 27-42. doi:10.1300/J158v06n04_02

Miller, T. W., DeLeon, P. H., Morgan, R. D., Penk, W. E., & Magaletta, P. R. (2006). The public sector psychologist with 2020 Vision. *Professional Psychology: Research and Practice, 37,* 531-538. doi:10.1037/0735-7028.37.5.531

Morgan, R. D., Kroner, D. G., & Mills, J. F (2006). Group Psychotherapy in Prison: Facilitating Change Inside the Walls. *Journal of Contemporary Psychotherapy, 36,* 137-144. doi:10.1007/BF02729057

**Compensation**

Dr. Morgan's compensation for this work was $285.00/hourly.