## 1427 Vine St, 2nd Floor

Partnership Prac 1427 Vine St 2ndFr, 340B009573DU
Philadelphia, PA 19102
(215) 762-2530

**Patient:** HOLDER, CHRISTOPHER
**EMRN:** 790662
**OMRN:** 790662
**DOB:** 18Mar1981

### Encounter Form

| | |
|---|---|
| Encounter Date | 11Feb2015 10:00AM |
| Provider: | ATTARIPOUR, SANAZ (601009  ) |
| Dept: | NEUROLOGY RESIDENTS CLINIC |
| Appt Loc: | 219 N. BROAD ST. 7TH FLOOR |
| For: | New Patient Visit |
| Appt No.: | 3942452 |
| Pt Ins: | HEALTH PARTNERS |
| Case Number: | |

| | |
|---|---|
| Billing Provider: | LOPINTO-KHOURY, CARLA |
| Compliance Code: | |
| Performing Provider: | ATTARIPOUR, SANAZ |
| Referring Provider: | PROVIDER, NOT IN DIC |
| Division: | NEUROLOGY |
| Location: | 219 N. BROAD 7TH FL OFFICE |
| Billing Area: | NEUR - RESIDENTS CLINIC |

### Diagnoses

| Primary | # | Code | Description |
|---|---|---|---|
| Yes | 1 | (959.09) (S09.93XA) | Facial trauma |
| | 2 | (350.1) (G50.0) | Trigeminal neuralgia |
| | 3 | (784.0) (R51) | Headache |

### Charges

| Status | Units | Code | Mod | Description | Linked DX | Submitted by |
|---|---|---|---|---|---|---|
| Submitted | 1 | 99204 | GC | OFC/OUTPT E&M NEW MOD-HI 45 MIN | 1,2,3 | Wilson, Sandra |

# DREXEL UNIVERSITY COLLEGE OF MEDICINE

**Partnership Prac 1427 Vine St 2ndFr 340B009573DU**
**Philadelphia, PA 19102**
(215) 762-2530

| | | | |
|---|---|---|---|
| Patient: | CHRISTOPHER HOLDER | | |
| | 3424 BARCLAY STREET | EMRN: | 790662 |
| | | DOB: | Mar 18, 1981 |
| | PHILADELPHIA, PA 19129 | | |
| | | Home: | (215) 843-4802 |
| Encounter Date: Feb 11 2015 10:00AM | | Work: | (215) 843-4802 |

**Chief Complaint**
• pain in the face

**Active Problems**
Facial trauma (959.09)
Headache (784.0)
Trigeminal neuralgia (350.1).

**HPI**
33 year old gentleman with complaint of pain in his face following a stab to his right side of the face in 2012. He has pain and numbness in the right side of his face including the inner side of his right eye and right side of the nose and right maxilla. He has been taking Gabapentin off and on since the trauma but it does not help him at all. He took Tramadol, Tegretol, Nortriptyline and Vicodin but nothing has helped. He also has headaches pounding and throbbing on the same area. Otherwise he denies any problem with chewing, tinnitus, visual problem, hearing problem.

**Current Meds**
Gabapentin 2700 a day
naproxen as needed, every day three times.

**Past Meds**
Nortriptyline
Vicodin.

**Allergies**
No Known Drug Allergies.

**PMH**
None.

**PSH**
Gunshot in his chest, underwent surgery for that in 2001.

**Family Hx**
Father had prostate and colon cancer
Mother diabetes.

**Personal Hx**
Non esmoker
No drugs
No EtOH
Works as electrician
Single.

**ROS**

*Personal and Confidential*



# DREXEL UNIVERSITY
# COLLEGE OF MEDICINE

Patient:     CHRISTOPHER HOLDER
DOB:         Mar 18, 1981
Encounter:   Feb 11 2015 10:00AM                    EMRN:   790662

He denies suicidal ideation, sadness, insomnia, mood swings. The remaining systems were negative.

**Vital Signs**
Recorded by Ruiz,Maria on 11 Feb 2015 10:12 AM
BP:130/80,
HR: 84 b/min,
Resp: 21 r/min,
Height: 5 ft 10 in, Weight: 190 lb, BMI: 27.3 kg/m2,
BMI Calculated: 27.26,
BSA Calculated: 2.04.

**Physical Exam**
GENERAL: The patient is a well-developed, well-nourished in no apparent distress.
HEAD: 1 cm scar over the medial side of the eyebrow
NECK: Supple. No carotid bruits.
HEART: Regular rate and rhythm without murmur.

Neurologic Exam
MS: Alert and Oriented x 3.
Memory: recent and remote intact
Attention and concentration: Intact
Language: Fluent. No aphasia.
Fund of knowledge appropriate.
Ophthalmologic Exam: Optic discs are normal and spontaneous venous pulsations are present, Visual fields are full to visual confrontation.
Cranial nerves: Pupils are equal, round, and reactive to light. Extraocular movements are intact.
Facial sensation is impaired in the right side of the nose and medial side of right eye, the muscles of mastication are normal. The face is symmetric.
Normal hearing to finger rub. Palate elevates in the midline. Voice is normal.
Shoulder shrug is normal. The tongue has normal motion without fasciculation.
Motor Exam:
Strength: 5/5 in all muscle groups of the upper and lower extremities.
   There is no pronator drift.
Tone: Normal. No abnormal movements.
Gait: Normal stance. Normal walking
Sensory Exam:
   Normal Sensation in the upper and lower extremities to Temperature, Vibration.
Deep Tendon Reflexes:
   Deep tendon reflexes in the upper extremities are 2+ and symmetrical, in the lower extremities are trace in both knees
Toes: Toes are downgoing bilaterally.
Clonus: Absent.
Coordination: Finger to nose Normal.

**Procedure**

# DREXEL UNIVERSITY
# COLLEGE OF MEDICINE

Patient: CHRISTOPHER HOLDER
DOB: Mar 18, 1981
Encounter: Feb 11 2015 10:00AM         EMRN: 790662

None.
**Data Review**
None available at present.
**Results**
None available at present.
**Assessment**
Facial trauma (959.09).
Trigeminal neuralgia (350.1).
Headache (784.0).
**Smoking Edu**
N/A.
**Coun/Edu**
Patient was informed about the possible benefit from block of V1 branch of trigeminal.
**Orders**
MRI Brain W/O Contrast; Requested for: 11 Feb 2015.
DULoxetine HCl - 30 MG Oral Capsule Delayed Release Particles(Cymbalta);TAKE 1 CAPSULE DAILY for a week, then 2 times a day; Qty277; R3; Rx.
**Plan**
33 year old male with Trigeminal neuralgia following stab wound injury of the nerve at the level of medial part of lower edge of right eyebrow.

>>>Patient was received information on different treatment options, including nerve block.
>>>MRI brain for headache
>>>Patient to avoid frequent use of pain medication to avoid medication over use headaches.
>>>Will release requested information to his attorney upon patient's request.

>>>Patient to follow up in 3 months.
**Attestation**
Attending Note   Date: 02/11/2015 Time: 10:47AM

I have seen and examined the patient, reviewed notes of and discussed with Dr. Attaripour. I agree with the history, physical examination, assessment and plan as outlined, including:

History:
New evaluation for three years of pain and numbness over the right side of his face after a stab wound. Pressure like pain in the medial aspect of his eye, bridge of nose and right maxilla. He has headache on the right side of his head as well which is pounding and throbbing which comes and goes.
Involved in a legal case regarding this.
Takes gabapentin 2700 mg daily, three Naproxen daily
tried nortriptyline, vicodin, carbamazpeine, and tramadol and none helped him.





# DREXEL UNIVERSITY COLLEGE OF MEDICINE

Patient: CHRISTOPHER HOLDER
DOB: Mar 18, 1981
Encounter: Feb 11 2015 10:00AM     EMRN: 790662

PE: scar over right brow
V1 orbital branch decreased. Remainder of cranial nerves are normal.

Impression: Trigeminal neuralgia secondary to trauma. Chronic migraine.

Plan: Mri brain. Discussed Cymbalta. If not approved, can consider alternatives: oxcarbazepine, Effexor, Lexapro.
**Signature**
Electronically signed by : SANAZ ATTARIPOUR M.D.; 02/13/2015 12:32 AM EST.
Electronically signed by : CARLA LOPINTO-KHOURY MD; 02/28/2015 8:12 PM EST.



## Neurology New Patient History Questionnaire

Name: Christopher Hebdie   Appointment Date: 9/11/20__
Birthdate: __/__/19__   Age: 33   Marital Status: [X] Single   [ ] Married   [ ] Other

Reason for today's visit (briefly explain why you are here):
pain in face

Please list all medical diseases for which you have been treated for by a doctor:

| Medical Condition | Date First Diagnosed | Current Treatment | Treating Physician |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Please list all previous surgeries:

| Type Of Surgery | Reason For Surgery | Date Of Surgery | Treating Physician |
|---|---|---|---|
| Shunt Surgery | Spina bifida | 2001 | ACMC |

Are you presently taking any medication(s)? If yes, please list medication below:

| Medication Name | Dose | Frequency | For what illness? |
|---|---|---|---|
| Lortab | 500 | QD | nerve pain |
| Gabapentin | 700 | 4x |  |
| Naproxen |  | 4x |  |

Please answer the following questions by checking YES or NO.

| Yes | No |  |  |
|---|---|---|---|
|  | X | Are you allergic to any medications? | If yes, please list. |
|  | X | Do you have any food allergies? | If yes, please list. |
|  | X | Do you currently smoke cigarettes? | If yes, how many packs a day? _____ years |
| X |  | Did you quit smoking? | If yes, how long ago? |
|  | X | Do you drink alcohol? | If yes, how many drinks per week? |
|  | X | Do you use recreational drugs? |  |

If any of your family members (parents, siblings, children) have been diagnosed with the following condition(s), please indicate by completing the following:

| Yes | No | Medical Condition | If YES, please indicate family member |
|---|---|---|---|
| X |  | Cancer | grandmother father |
|  | X | Heart Disease |  |
|  | X | Lung Disease |  |
| X |  | Diabetes | mother |
|  | X | Stroke |  |
|  | X | High Blood Pressure |  |
|  | X | Circulation Problems |  |
|  | X | Arthritis |  |
|  | X | Asthma |  |
|  | X | Hereditary Disease (please specify) |  |
|  | X | Other (please specify) |  |

OVER   PAGE 1a

Please fill out this section carefully. The doctor will review the form and ask you about any "YES" responses during the course of your visit. Please be assured that this information is strictly confidential.

Do you have any current or recent health problems? Check YES or NO in the column before each problem.

| Yes | No | Constitutional | Yes | No | Respiratory | Yes | No | Neurological |
|---|---|---|---|---|---|---|---|---|
|  | X | Weight change |  | X | Shortness of breath | X |  | Headache/Migraine |
|  | X | Appetite change |  | X | Chronic cough | X |  | Vertigo |
|  | X | Fever |  | X | Wheezing |  | X | Disorientation |
|  | X | Excessive fatigue |  | X | Emphysema |  | X | Fainting/blackout spells |
|  | X | Night sweats |  | X | Pulmonary disease |  | X | Seizures |
|  | X | Nausea or vomiting |  | X | Bronchitis |  | X | Stroke |
|  |  |  |  | X | Oxygen use at home |  | X | Memory loss |
|  |  | Eyes |  | X | Lung cancer |  | X | Concentration problems |
| X |  | Blurred vision |  | X | Bronchitis |  | X | Speech problems |
| X |  | Trouble focusing |  | X | Blood in saliva |  | X | Coordination problems |
|  | X | Double vision |  |  |  |  | X | Muscle weakness |
|  | X | Loss of vision |  |  | Hematologic |  | X | Uncontrolled shaking |
|  |  |  |  | X | Anemia |  | X | Numbness, tingling |
|  |  | Cardiovascular |  | X | Hemophilia | X |  | Weakness |
| X |  | Chest pain |  | X | Easy bleeding/bruising |  |  | Pain |
|  | X | Heart disease |  | X | Swollen glands |  | X | Trouble walking |
|  | X | Heart attack |  |  |  |  |  |  |
|  | X | High blood pressure |  |  | Endocrine |  |  | Psychiatric |
|  | X | Heart murmur |  | X | Diabetes | X |  | Anxiety |
|  | X | Arm and leg swelling |  | X | Hormone problems |  | X | Depression |
|  | X | High cholesterol |  | X | Low blood sugar |  | X | Panic attacks |
|  | X | Palpitations |  | X | Thyroid disease |  | X | Sudden mood swings |
|  |  |  |  | X | Excessive thirst |  | X | Emotional difficulties |
|  |  | Ears/Nose/Throat |  | X | Excessive urination |  | X | Insomnia |
|  | X | Hearing loss |  | X | Pituitary gland problems |  | X | Under psychiatric care |
|  | X | Hearing aid |  |  |  |  | X | Other psychiatric problems |
|  | X | Ear infection |  |  | Gastrointestinal |  |  |  |
|  | X | Pressure or ringing in ears |  | X | Indigestion/Heartburn |  |  | Genitourinary |
|  | X | Dizziness |  | X | Hepatitis |  | X | Pain/burning w/urination |
|  | X | Nasal congestion |  | X | Jaundice |  | X | Blood in urine |
|  | X | Nosebleeds |  | X | Stomach/abdominal pain |  | X | Urinary tract infection |
|  | X | Sinus problems/infections |  | X | Constipation |  | X | Difficulty urinating |
|  | X | Throat infections |  | X | Diarrhea |  | X | Incontinence |
|  | X | Difficulty swallowing | X |  | Stomach ulcers |  | X | Kidney stones |
|  | X | Change in taste |  | X | Change in bowel habits |  | X | Prostate enlargement |
|  |  |  |  | X | Rectal bleeding |  | X | Endometriosis |
|  |  |  |  | X | Stomach, liver, colon cancer |  | X | Cervical, ovarian or uterine cancer |
|  |  | Immunologic |  | X | Black or tarry stools |  |  |  |
|  | X | Hay fever |  | X | Hemorrhoids |  |  | Integumentary/Skin |
|  | X | Food allergies |  |  |  |  | X | Eczema or psoriasis |
|  | X | Immune system problems |  |  | Musculoskeletal |  | X | Dermatitis |
|  | X | Connective tissue disease |  | X | Back pain |  | X | Dry or scaling skin, rashes |
|  | X | Frequent colds/infection |  | X | Arm or leg pain |  | X | Changes in skin color |
|  | X | Environmental allergies |  | X | Joint pain or swelling |  | X | Changes in moles |
|  |  |  |  | X | Broken bones |  | X | Skin cancer |
|  |  |  |  | X | Arthritis |  | X | Breast pain or swelling |

Please indicate if there is anything else in your medical history that you think your doctor should be aware of that is not included above:

I have reviewed the above information and discussed all pertinent findings with the patient.

Attending Signature _____ Date _____

PAGE 1b

**Originated From:**
**Drexel University College of Medicine**
219 N Broad St, 7th Floor
*3721498*

219 N. Broad St. 7th Floor
Philadelphia, PA 19107
(215) 762-6915
**Account #:** Unknown Value

**Performing Facility:**
**Imaging Center**

**Lab Requisition #:** 3721498

---

**Patient:** CHRISTOPHER HOLDER
3424 BARCLAY STREET
PHILADELPHIA, PA 19129

**Other #:**
**Other2 #:**
**Home:** (215) 843-4802
**Work:** (215) 843-4802
**PCP:** Instructions See
**Approving Provider:** SANAZ ATTARIPOUR, M.D.
**Guarantor:** HOLDER, CHRISTOPHER - [Self]
3424 BARCLAY STREET

(215) 843-4802

**Patient ID:** 790662   **Sex:** M
**DOB:** 18-Mar-1981
**Insurance:** HEALTH PARTNERS

**Group Number:**
**Policy Number:** 710122976
**Name of Insured:** HOLDER CHRISTOPHER
**Secondary Insurance:**
**Secondary Insured Name:**

**Secondary Group # :**
**Secondary Policy # :**
**Bill Type:** T

---

» - **[MRI Brain W/O Contrast]** - **[MRIBR1]**

**Order #:** TW136154410

| Date Ordered | Approving Provider | CPT4 Code | Patient Instructions |
|---|---|---|---|
| 11-Feb-2015 | CARLA LOPINTO-KHOURY [NPI:1851572937] | 70551 | |

*Carla Lopinto-Khoury*
Electronic Signature

**To Be Done Date**
11 Feb 2015

**Priority**
Routine

**Status**
Need Information

**Performing Location Comments**
Auth # A26346668
Expires 3/13/15

pre aut Hutt

**Encounter Date**
11-Feb-2015

**Financial Authorization:** Needed

**Prompts**

**Problems**
Facial trauma  ICD9: (959.09) ICD10: (S09.93XA)
Headache  ICD9: (784.0) ICD10: (R51)

| CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER |
|---|---|---|---|
| DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 |
| CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER |
| DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 |

**Lab Order Requisition**                                                                                    Page 1 of 2

**Lab Ref #:**   3721498  **Patient Name:** HOLDER, CHRISTOPHER
**MRN:** 790662

Trigeminal neuralgia   ICD9: (350.1)ICD10: (G50.0)

| CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER |
|---|---|---|---|
| DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 |
| CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER | CHRISTOPHER HOLDER |
| DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 | DOB: 03/18/1981  Req#: 3721498 |

**Lab Order Requisition**                                                                                     Page 2 of 2

## Problem Revision History – Christopher Holder

**Nerve pain (729.2)** *Promoted*
Story: R side of face. Reports constant since stabbed in right face and left hand during assault while incarcerated 5/2012. On gabapentin 600mg bid in past which helped somewhat. MA form completed until 9/2015; pt says pain in itchy or throbbing worse at night
Recorded 02/26/2015 02:42 PM by Katie Huynh, PA-C, (Open Encounter).
- Gabapentin 600MG, 1 Tablet three times daily, as needed, #90, 02/26/2015, Ref. x3. Active. (900mg total dose tid)
- Gabapentin 300MG, 1 (one) Capsule three times daily, #90, 02/26/2015, Ref. x3. Active. (900mg total dose tid)
- Ibuprofen 800MG, 1 (one) Tablet two times daily, as needed, #60, 02/26/2015, No Refill. Active.

**Nerve pain (729.2)** *Promoted*
Story: R side of face. Reports constant since stabbed in right face and left hand during assault while incarcerated 5/2012. On gabapentin 600mg bid in past which helped somewhat. MA form completed until 9/2015; pt says pain in itchy or throbbing worse at night
Recorded 01/21/2015 05:40 PM by Katie Huynh, PA-C, Office Visit.
- Gabapentin 600MG, 1 Tablet three times daily, as needed, #90, 01/21/2015, Ref. x3. Active. (900mg total dose tid)
- Gabapentin 300MG, 1 (one) Capsule three times daily, #90, 01/21/2015, Ref. x3. Active. (900mg total dose tid)

**Nerve pain (729.2)** *Promoted*
Story: R side of face. Reports constant since stabbed in right face and left hand during assault while incarcerated 5/2012. On gabapentin 600mg bid in past which helped somewhat. MA form completed until 9/2015; pt says pain in itchy or throbbing worse at night
Recorded 11/10/2014 11:18 AM by Katie Huynh, PA-C, Office Visit.
- Referred to Specialist, Pain Management.
- TraMADol HCl 50MG, 1 (one) Tablet three times daily, as needed, #90, 11/10/2014, No Refill. Active.

**Nerve pain (729.2)** *Promoted*
Story: R side of face. Reports constant since stabbed during assault while incarcerated 5/2012. On gabapentin 600mg bid in past which helped somewhat. MA form completed until 9/2015;
Impression: MA was not activated, document stated missing paperwork. pt to resubmit formsShould have neuro eval with insurance
Recorded 10/02/2014 03:19 PM by Jason Goslin, PA-C, Office Visit.
- Gabapentin 800MG, 1 Tablet three times daily, as needed, #90, 10/02/2014, No Refill. Active. (340 B CC will pay)
- Acetaminophen 500MG, 1 (one) Tablet two times daily, #60, 10/02/2014, No Refill. Active. (340B CC will pay)
- Follow up in 2 weeks: discussed with patient and provided information.
- Pt Education - Instructions were given and patient verbalizes understanding through teach back
- SELF-MGMT GOAL DOCUMENTED (98960) (pt will take medicine as prescribed and monitor effectiveness. pt will f/u with welfare to activate insurance)

**Nerve pain (729.2)** *Promoted*
Story: MA form completed until 9/2015; MA was not activated, document stated missing paperwork. pt to resubmit forms
Impression: MA was not activated, document stated missing paperwork. pt to resubmit formsShould have neuro eval with insurance
Recorded 10/02/2014 03:13 PM by Jason Goslin, PA-C, Office Visit.

**Nerve pain (729.2)** *Promoted*
Story: MA form completed until 9/2015
Impression: R side of face. Reports constant since stabbed during assault while incarcerated 5/2012. On gabapentin in past which helped somewhat. Should have neuro eval with insurance
Recorded 06/24/2014 04:23 PM by Alysia Sheaffer, CRNP, Office Visit.
- Gabapentin 300MG, 1 Capsule two times daily, #60, 06/24/2014, No Refill. Active. (340 B)
- Pt Education - Instructions were given and patient verbalizes understanding through teach back
- PREVENTIVE COUNSELING INDIV (99401)
- Follow up in 1 month: discussed with patient and provided information.

# Care Clinic

1200 Callowhill Street, Suite 101
Philadelphia, PA 19123-3658
Phone: (215) 825-8220
Fax: (215) 825-8254

**Christopher Holder**  **Patient #:** 395260  **DOB:** 03/18/1981 (33 years)

## Regular Medications

**Gabapentin** 600MG Tablet
Note: 1200mg total dose tid

**Dosage:** 2 (two) Tablet (Oral) three times daily
Start Date: 03/16/2015; Prescribed by: Katie Huynh, PA-C

**Cymbalta** 60MG Capsule DR Part
Note: neuro for face pain

**Dosage:** 1 (one) Capsule DR Part (Oral) daily
Start Date: 03/16/2015; Prescribed by: Katie Huynh, PA-C

**Acetaminophen** 500MG Tablet
Note: 340B CC will pay
Note (Mail Order): 340B CC will pay

**Dosage:** 1 (one) (Oral) two times daily
Start Date: 10/02/2014; Prescribed by: Katie Huynh, PA-C

## As Needed Medications (PRN)

**Ibuprofen** 800MG Tablet

**Dosage:** 1 (one) Tablet (Oral) two times daily, as needed
Start Date: 03/16/2015; Prescribed by: Katie Huynh, PA-C