UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| CHRISTOPHER HOLDER,<br>　　Plaintiff,<br><br>V.<br><br>STACY M. SAUNDERS, et al,<br>　　Defendants. | CIVIL ACTION NO. 7:13-38-KKC<br><br><br>**JUDGMENT** |

**\*\*\* \*\*\* \*\*\***

In accordance with the opinion and order entered on this date with this judgment, the Court hereby ORDERS AND ADJUDES that:

1) Judgment is ENTERED in favor of Defendants;

2) this judgment is FINAL and APPEALABLE; and

3) the matter is STRICKEN from the active docket of this Court.

Dated October 7, 2019

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY